1  Mark F. Lovell CA Bar No. 246652
   mark.lovell@ogletree.com
2  Shera Y. Kwak CA Bar No. 329168
   shera.kwak@ogletree.com
3  OGLETREE, DEAKINS, NASH,
   SMOAK & STEWART, P.C.
4  Park Tower, Fifteenth Floor
   695 Town Center Drive
5  Costa Mesa, CA  92626
   Telephone:  714-800-7900
6  Facsimile:   714-754-1298

7  Attorneys for Defendant AIRPORT TERMINAL
   SERVICES, INC.
8

9              **UNITED STATES DISTRICT COURT**

10             **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDGAR TRUJILLO | Case No. 2:20-cv-5008 |
| Plaintiff, | **CORPORATE DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1 IN SUPPORT OF DEFENDANT AIRPORT TERMINAL SERVICES, INC.'S NOTICE OF REMOVAL OF CIVIL ACTION** |
| v. | |
| AIRPORT TERMINAL SERVICES, INC., a Missouri corporation; and DOES 1 through 20, inclusive | |
| Defendants. | **[DIVERSITY JURISDICTION]** |
| | *[Filed concurrently with Notice of Removal; Civil Cover Sheet; Certificate of Interested Parties; Declaration of Brandy Wallace; and Notice of Related Cases]* |
| | State Court Action Filed: April 3, 2020<br>Trial Date: None Set |

43047003_1.docx

Case No. 2:20-cv-5008
CORPORATE DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1 IN
SUPPORT OF DEFENDANT' SNOTICE OF REMOVAL OF CIVIL ACTION

**TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:**

In accordance with Federal Rule of Civil Procedure, Rule 7.1, Defendant Airport Terminal Services, Inc. hereby files its Corporate Disclosure statement as follows:

Airport Terminal Services, Inc. is a privately held corporation. Airport Terminal Services, Inc. has no parent corporation, and there is no publicly held company or investment fund that holds a 10% or more ownership interest in Airport Terminal Services, Inc.

DATED: June 5, 2020

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ Shera Y. Kwak
Mark F. Lovell
Shera Y. Kwak
Attorneys for Defendant AIRPORT TERMINAL SERVICES, INC.

43047003_1.docx

# PROOF OF SERVICE
*Edgar Trujillo v. Airport Terminal Services, Inc., et al.*
Case No. 2:20-cv-5008

I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which this service is made. At all times herein mentioned I have been employed in the County of Orange in the office of a member of the bar of this court at whose direction the service was made. My business address is 695 Town Center Drive, Suite 1500, Costa Mesa, CA 92626.

On June 5, 2020, I served the following document(s):

**CORPORATE DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1 IN SUPPORT OF DEFENDANT AIRPORT TERMINAL SERVICES, INC.'S NOTICE OF REMOVAL OF CIVIL ACTION**

by placing ☐ (the original) ☒ (a true copy thereof) in a sealed envelope addressed as follows:

☒ **BY MAIL:** I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Ogletree, Deakins, Nash, Smoak & Stewart P.C.'s practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☐ **BY MAIL:** I deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid at Park Tower, Fifteenth Floor, 695 Town Center Drive, Costa Mesa, CA 92626.

☐ **BY OVERNIGHT DELIVERY:** I placed the sealed envelope(s) or package(s) designated by the express service carrier for collection and overnight delivery by following the ordinary business practices of Ogletree, Deakins, Nash, Smoak & Stewart P.C., Costa Mesa, California. I am readily familiar with Ogletree, Deakins, Nash, Smoak & Stewart P.C.'s practice for collecting and processing of correspondence for overnight delivery, said practice being that, in the ordinary course of business, correspondence for overnight delivery is deposited with delivery fees paid or provided for at the carrier's express service offices for next-day delivery.

☐ **BY MESSENGER SERVICE:** (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

☐ **BY FACSIMILE:** by transmitting a facsimile transmission a copy of said document(s) to the following addressee(s) at the following number(s), in accordance with:

  ☐   the written confirmation of counsel in this action:

43047003_1.docx

2  Case No. 2:20-cv-5008
CORPORATE DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1 IN SUPPORT OF DEFENDANT' SNOTICE OF REMOVAL OF CIVIL ACTION

☐ [Federal Court] the written confirmation of counsel in this action and order of the court:

☐ **BY CM/ECF:** With the Clerk of the United States District Court of California, using the CM/ECF System. The Court's CM/ECF System will send an e-mail notification of the foregoing filing to the parties and counsel of record who are registered with the Court's CM/ECF System.

☒ **(Federal)** I declare that I am employed in the office of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

☐ **(Federal)** I declare that I am a **member** of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on June 5, 2020, at Costa Mesa, California.

*[signature: Lisa Sles]*

Lisa Sles

43047003_1.docx

3   Case No. 2:20-cv-5008
CORPORATE DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1 IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL OF CIVIL ACTION

**SERVICE LIST**

| | |
|---|---|
| Ramin R. Younessi, Esq.<br>LAW OFFICES OF RAMIN R. YOUNESSI<br>A PROFESSIONAL LAW CORPORATION<br>3435 Wilshire Blvd., Suite 2200<br>Los Angeles, CA  90010<br>Telephone:  213-480-6200<br>Facsimile:   213-4806201<br>ryounessi@younessilaw.com | Attorneys for Plaintiff Edgar Trujillo |

43047003.1

43047003_1.docx

4   Case No. 2:20-cv-5008
CORPORATE DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1 IN SUPPORT OF DEFENDANT' SNOTICE OF REMOVAL OF CIVIL ACTION