Mark F. Lovell CA Bar No. 246652
mark.lovell@ogletree.com
Shera Y. Kwak CA Bar No. 329168
shera.kwak@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Park Tower, Fifteenth Floor
695 Town Center Drive
Costa Mesa, CA  92626
Telephone:   714-800-7900
Facsimile:    714-754-1298

Attorneys for Defendant AIRPORT TERMINAL SERVICES, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR TRUJILLO<br><br>Plaintiff,<br><br>v.<br><br>AIRPORT TERMINAL SERVICES, INC., a Missouri corporation; and DOES 1 through 20, inclusive<br><br>Defendants. | Case No. 2:20-cv-5008<br><br>**DECLARATION OF BRANDY WALLACE IN SUPPORT OF DEFENDANT AIRPORT TERMINAL SERVICES, INC.'S NOTICE OF REMOVAL OF CIVIL ACTION**<br><br>*[Filed concurrently with Notice of Removal; Civil Cover Sheet; Corporate Disclosure Statement; Certificate of Interested Parties; and Notice of Related Cases]*<br><br>State Court<br>Action Filed:   April 3, 2020<br>Trial Date:       None Set |

43045360_1.docx

# DECLARATION OF BRANDY WALLACE

I, Brandy Wallace, certify and declare as follows:

1. I am currently employed by Airport Terminal Services, Inc. ("ATS") as the Vice President of Employee Services. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to these facts under oath. In my position, I am familiar with and have personal knowledge of ATS's corporate organization, operations, policy-making procedures, workforce distribution, general business affairs, and employee personnel information. I submit this declaration in support of ATS's Notice of Removal.

2. At the time the complaint was filed and served, ATS was, and still is, incorporated in the State of Missouri. ATS has not been incorporated in California. ATS's principal place of business, and the location from which its high-level officers direct, control and coordinate the corporation's activities, was at the time the Complaint was filed, and still is, located at the company's headquarters in Saint Louis, Missouri.

3. The high-level corporate officers for ATS, such as the Chief Executive Officer and Chairman of the Board, President and Chief Operating Officer, General Counsel, Chief Financial Officer, highest ranking human resources employee, and highest ranking marketing employee have their offices located at the corporate headquarters in Saint Louis, Missouri. These high-level corporate officers located in Saint Louis, Missouri are responsible for the direction, control and coordination of the activities covered by their respective offices.

4. ATS, by and through its high ranking officers and their supporting management personnel whose offices are also located in Saint Louis, Missouri, direct, control and coordinate activities which include, but are not limited to, the following: (1) matters relating to the financing of ATS's operations; (2) advertising and marketing, including media relations; (3) directing general business strategy and operation; (4) compliance with state and federal laws and legal services associated

43045360_1.docx

1   Case No. 2:20-cv-5008
DECLARATION OF BRANDY WALLACE IN SUPPORT OF DEFENDANT AIRPORT TERMINAL SERVICES, INC.'S NOTICE OF REMOVAL OF CIVIL ACTION

with such matters; and (5) the size and composition of ATS's workforce. The books and records relating to these, and other matters which are directed, controlled, and coordinated from the headquarters offices in Saint Louis, Missouri are maintained at the corporate headquarters.

5. ATS does business in a number of states and does not conduct the substantial predominance of its business in any single state.

6. In the regular course of business, ATS maintains personnel records regarding its employees. I am familiar with these records and have access to them in connection with my job responsibilities. I have reviewed Edgar Trujillo's personnel records, and from those records, I observed the following:

7. According to ATS's records, ATS employed Mr. Trujillo in California from on or around April 18, 2014 to on or around January 31, 2019. According to ATS's records, he has never worked at a location outside California. Based upon my review of the applicable corporate and business records, Mr. Trujillo has resided in California since his employment began in April 18, 2014 and his last-known home address indicates he currently resides in California.

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on June 5, 2020, in Saint Louis, Missouri.

_____
Brandy Wallace

43045360_1.docx

2   Case No. 2:20-cv-5008
DECLARATION OF BRANDY WALLACE IN SUPPORT OF DEFENDANT AIRPORT TERMINAL SERVICES, INC.'S NOTICE OF REMOVAL OF CIVIL ACTION

**PROOF OF SERVICE**
*Edgar Trujillo v. Airport Terminal Services, Inc., et al.*
Case No. 2:20-cv-5008

I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which this service is made. At all times herein mentioned I have been employed in the County of Orange in the office of a member of the bar of this court at whose direction the service was made. My business address is 695 Town Center Drive, Suite 1500, Costa Mesa, CA 92626.

On June 5, 2020, I served the following document(s):

**DECLARATION OF BRANDY WALLACE IN SUPPORT OF DEFENDANT AIRPORT TERMINAL SERVICES, INC.'S NOTICE OF REMOVAL OF CIVIL ACTION**

by placing ☐ (the original) ☒ (a true copy thereof) in a sealed envelope addressed as follows:

☒ **BY MAIL:** I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Ogletree, Deakins, Nash, Smoak & Stewart P.C.'s practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☐ **BY MAIL:** I deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid at Park Tower, Fifteenth Floor, 695 Town Center Drive, Costa Mesa, CA 92626.

☐ **BY OVERNIGHT DELIVERY:** I placed the sealed envelope(s) or package(s) designated by the express service carrier for collection and overnight delivery by following the ordinary business practices of Ogletree, Deakins, Nash, Smoak & Stewart P.C., Costa Mesa, California. I am readily familiar with Ogletree, Deakins, Nash, Smoak & Stewart P.C.'s practice for collecting and processing of correspondence for overnight delivery, said practice being that, in the ordinary course of business, correspondence for overnight delivery is deposited with delivery fees paid or provided for at the carrier's express service offices for next-day delivery.

☐ **BY MESSENGER SERVICE:** (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

☐ **BY FACSIMILE:** by transmitting a facsimile transmission a copy of said document(s) to the following addressee(s) at the following number(s), in accordance with:

☐ the written confirmation of counsel in this action:

43045360_1.docx

3   Case No. 2:20-cv-5008
DECLARATION OF BRANDY WALLACE IN SUPPORT OF DEFENDANT AIRPORT TERMINAL SERVICES, INC.'S NOTICE OF REMOVAL OF CIVIL ACTION

1      ☐     [Federal Court] the written confirmation of counsel in this action and order of the court:

2

3    ☐    **BY CM/ECF:** With the Clerk of the United States District Court of California, using the CM/ECF System. The Court's CM/ECF System will send an e-mail notification of the foregoing filing to the parties and counsel of record who are registered with the Court's CM/ECF System.

4

5    ☒    **(Federal)**    I declare that I am employed in the office of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

6

7

8    ☐    **(Federal)**    I declare that I am a **member** of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

9

10      I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

11

12      Executed on June 5, 2020, at Costa Mesa, California.

13

14

15

16                        _/s/ Lisa Sles_

17                       Lisa Sles

43045360_1.docx

4          Case No. 2:20-cv-5008

DECLARATION OF BRANDY WALLACE IN SUPPORT OF DEFENDANT AIRPORT TERMINAL SERVICES, INC.'S NOTICE OF REMOVAL OF CIVIL ACTION

# SERVICE LIST

| | |
|---|---|
| Ramin R. Younessi, Esq.<br>LAW OFFICES OF RAMIN R. YOUNESSI<br>A PROFESSIONAL LAW CORPORATION<br>3435 Wilshire Blvd., Suite 2200<br>Los Angeles, CA  90010<br>Telephone:   213-480-6200<br>Facsimile:    213-4806201<br>ryounessi@younessilaw.com | Attorneys for Plaintiff Edgar Trujillo |

43045360.1

43045360_1.docx

5

Case No. 2:20-cv-5008
DECLARATION OF BRANDY WALLACE IN SUPPORT OF DEFENDANT AIRPORT TERMINAL SERVICES, INC.'S NOTICE OF REMOVAL OF CIVIL ACTION