Mark F. Lovell CA Bar No. 246652
mark.lovell@ogletree.com
Shera Y. Kwak CA Bar No. 329168
shera.kwak@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Park Tower, Fifteenth Floor
695 Town Center Drive
Costa Mesa, CA  92626
Telephone:  714-800-7900
Facsimile:   714-754-1298

Attorneys for Defendant
AIRPORT TERMINAL SERVICES, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| EDGAR TRUJILLO,<br><br>         Plaintiff,<br><br>    v.<br><br>AIRPORT TERMINAL SERVICES, INC., a Missouri corporation; and DOES 1 through 20, inclusive,<br><br>         Defendants. | Case No. 2:20-cv-05008-JFW-KS<br><br>**DECLARATION OF LEAD TRIAL COUNSEL FOR DEFENDANT AIRPORT TERMINAL SERVICES, INC.**<br><br>Complaint Filed: April 3, 2020<br>Trial Date:      None Set<br>District Judge:  Hon. John F. Walter<br>Magistrate Judge: Hon. Karen L. Stevenson |

43119393_2.docx

# DECLARATION OF MARK LOVELL

I, Mark Lovell, declare as follows:

1. I am an attorney with the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., counsel of record for Defendant Airport Terminal Services, Inc. ("Defendant"). I am licensed to practice before this Court and before all of the courts of the State of California. I make this declaration in accordance with the Honorable John F. Walter's Standing Order

2. I have registered as a CM/ECF User.

3. My e-mail address of record is mark.lovell@ogletreedeakins.com.

4. I have read the Court's Standing Order and the Local Rules.

I declare under the penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct.

Executed on June 11, 2020, at Costa Mesa, California.

                                      /s/ Mark F.Lovell
                                      Mark F. Lovell

43119393_2.docx

1   Case No. 2:20-cv-05008-JFW-KS
DECLARATION OF LEAD TRIAL COUNSEL FOR
DEFENDANT AIRPORT TERMINAL SERVICES, INC.

# PROOF OF SERVICE
*Edgar Trujillo v. Airport Terminal Services, Inc., et al.*
Case No. 2:20-cv-05008-JFW-KS

I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which this service is made. At all times herein mentioned I have been employed in the County of Orange in the office of a member of the bar of this court at whose direction the service was made. My business address is 695 Town Center Drive, Suite 1500, Costa Mesa, CA 92626.

On June 11, 2020, I served the following document(s):

**DECLARATION OF LEAD TRIAL COUNSEL FOR DEFENDANT AIRPORT TERMINAL SERVICES, INC.**

by placing ☐ (the original) ☒ (a true copy thereof) in a sealed envelope addressed as follows:

| | |
|---|---|
| Ramin R. Younessi, Esq.<br>LAW OFFICES OF RAMIN R. YOUNESSI<br>A PROFESSIONAL LAW CORPORATION<br>3435 Wilshire Blvd., Suite 2200<br>Los Angeles, CA 90010 | Attorneys for Plaintiff Edgar Trujillo<br>Telephone: 213-480-6200<br>Facsimile: 213-4806201<br>ryounessi@younessilaw.com |

☐ **BY MAIL:** I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Ogletree, Deakins, Nash, Smoak & Stewart P.C.'s practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☒ **BY CM/ECF:** With the Clerk of the United States District Court of California, using the CM/ECF System. The Court's CM/ECF System will send an e-mail notification of the foregoing filing to the parties and counsel of record who are registered with the Court's CM/ECF System.

☒ **(Federal):** I declare that I am employed in the office of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on June 11, 2020, at Costa Mesa, California.

_____
Diane Vo

43119393_2.docx