Mark F. Lovell CA Bar No. 246652
mark.lovell@ogletree.com
Shera Y. Kwak CA Bar No. 329168
shera.kwak@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Park Tower, Fifteenth Floor
695 Town Center Drive
Costa Mesa, CA  92626
Telephone:  714-800-7900
Facsimile:  714-754-1298

Attorneys for Defendant
AIRPORT TERMINAL SERVICES, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| EDGAR TRUJILLO,<br><br>          Plaintiff,<br><br>     v.<br><br>AIRPORT TERMINAL SERVICES, INC., a Missouri corporation; and DOES 1 through 20, inclusive,<br><br>          Defendants. | Case No. 2:20-cv-05008-JFW-KS<br><br>**DECLARATION RE:**<br><br>**(1) FILING OF NOTICE OF REMOVAL AND NOTICE TO CLERK IN LOS ANGELES COUNTY SUPERIOR COURT AND SERVICE OF NOTICE OF REMOVAL ON PLAINTIFF; AND**<br><br>**(2) FILING OF PROOF OF SERVICE**<br><br>Complaint Filed: April 3, 2020<br>Trial Date:      None Set<br>District Judge:   Hon. John F. Walter<br>Magistrate Judge: Hon. Karen L. Stevenson |

43207048_1.docx

DECLARATION REGARDING FILING AND SERVICE OF NOTICE OF REMOVAL

## DECLARATION OF SHERA Y. KWAK

I, Shera Y. Kwak, declare as follows:

1.      I am an attorney with the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., counsel of record for Defendant Airport Terminal Services, Inc. ("Defendant"). I am licensed to practice before this Court and before all of the courts of the State of California.

2.      I have personal knowledge of the matters set forth in this Declaration and, if called as a witness, could and would testify competently thereto.

3.      On June 5, 2020, Defendant's Notice of Removal of Civil Action (the "Notice of Removal") was filed in this Court.

4.      On June 10, 2020, after filing the Notice of Removal in this Court, I caused Defendant's Notice of Stay of Proceedings, Notice to Clerk of the Superior Court of the County of Los Angeles and Notice to Adverse Party of Removal of Civil Action to United States District Court for the Central District of California (the "State Court Notice") to be filed in the Los Angeles County Superior Court, where this action had been pending.  Attached as Exhibit "A" is a true and correct copy of the Notice of Stay of Proceedings and Notice to Clerk and Adverse Party.

5.      Attached hereto as Exhibit "B" is the Proof of Service of the Notice of Removal.

6.      Attached hereto as Exhibit "C" is the Proof of Service of the Notice to Plaintiff and Clerk.

///

///

///

///

///

///

///

43207048_1.docx

1

DECLARATION REGARDING FILING AND SERVICE OF NOTICE OF REMOVAL

Case No. 2:20-cv-05008-JFW-KS

1    I declare under the penalty of perjury under the laws of California and the United

2  States of America that the foregoing is true and correct.

3

4    Executed on June 17, 2020, at Costa Mesa, California.

5

6                                            /s/ Shera Y. Kwak

                                            Shera Y. Kwak

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

43207048_1.docx 27

28

DECLARATION REGARDING FILING AND SERVICE OF NOTICE OF
REMOVAL

# EXHIBIT A

Electronically FILED by Superior Court of California, County of Los Angeles on 06/16/2020 04:45 PM Sherri R. Carter, Executive Officer/Clerk of Court, by K. Hung,Deputy Clerk

**CM-180**

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>Mark F. Lovell (No: 246652) Shera Y. Kwak (No. 329168)<br>Ogletree, Deakins, Nash, Smoak & Stewart PC<br>695 Town Center Drive, Suite 1500<br>Costa Mesa, CA 92626<br>TELEPHONE NO.: (714) 800-7900    FAX NO. *(Optional):* (714) 754-1298<br>E-MAIL ADDRESS *(Optional):* shera.kwak@ogletree.com<br>ATTORNEY FOR *(Name):* Defendant Airport Terminal Services, Inc. | FOR *COURT USE ONLY* |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles**
STREET ADDRESS: 111 N. Hill Street
MAILING ADDRESS:
CITY AND ZIP CODE: Los Angeles, CA 90017
BRANCH NAME: Stanley Mosk Courthouse

PLAINTIFF/PETITIONER: EDGAR TRUJILLO

DEFENDANT/RESPONDENT: AIRPORT TERMINAL SERVICES, INC.

| | |
|---|---|
| **NOTICE OF STAY OF PROCEEDINGS** | CASE NUMBER:<br>20STCV13293 |
| | JUDGE: Hon. Richard J. Burdge |
| | DEPT.: 37 |

**To the court and to all parties:**

1. Declarant *(name):* Shera Y. Kwak, Esq.

   a. ☒ is ☐ the party ☒ the attorney for the party who requested or caused the stay.

   b. ☐ is ☐ the plaintiff or petitioner ☐ the attorney for the plaintiff or petitioner. The party who requested the stay has not appeared in this case or is not subject to the jurisdiction of this court.

2. This case is stayed as follows:

   a. ☒ With regard to all parties.

   b. ☐ With regard to the following parties *(specify by name and party designation):*

3. Reason for the stay:

   a. ☒ Automatic stay caused by a filing in another court. *(Attach a copy of the Notice of Commencement of Case, the bankruptcy petition, or other document showing that the stay is in effect, and showing the court, case number, debtor, and petitioners.)*

   b. ☐ Order of a federal court or of a higher California court. *(Attach a copy of the court order.)*

   c. ☐ Contractual arbitration under Code of Civil Procedure section 1281.4. *(Attach a copy of the order directing arbitration.)*

   d. ☐ Arbitration of attorney fees and costs under Business and Professions Code section 6201. *(Attach a copy of the client's request for arbitration showing filing and service.)*

   e. ☐ Other:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: June 9, 2020

Shera Y. Kwak
_____
(TYPE OR PRINT NAME OF DECLARANT)

▶  _____
(SIGNATURE)

Page 1 of 1

| | | |
|---|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-180 [Rev. January 1, 2007] | **NOTICE OF STAY OF PROCEEDINGS** | Cal. Rules of Court, rule 3.650<br>*www.courtinfo.ca.gov* |

American LegalNet, Inc.
*www.FormsWorkflow.com*

Exhibit A, Page 4

**PROOF OF SERVICE**

*Edgar Trujillo v. Airport Terminal Services, Inc., et al.*
Case No. 20STCV13293

I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which this service is made. At all times herein mentioned I have been employed in the County of Orange in the office of a member of the bar of this court at whose direction the service was made. My business address is Park Tower, Fifteenth Floor, 695 Town Center Drive, Costa Mesa, CA 92626.

On June 10, 2020, I served the following document(s):

**NOTICE OF STAY**

by placing ☐ (the original) ☒ (a true copy thereof) in a sealed envelope addressed as stated on the attached service list.

☒     **BY MAIL:** I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Ogletree, Deakins, Nash, Smoak & Stewart, P.C.'s practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☐     **BY MAIL:** I deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid at Park Tower, Fifteenth Floor, 695 Town Center Drive, Costa Mesa, CA 92626.

☐     **BY OVERNIGHT DELIVERY:** I placed the sealed envelope(s) or package(s) designated by the express service carrier for collection and overnight delivery by following the ordinary business practices of Ogletree, Deakins, Nash, Smoak & Stewart P.C., Costa Mesa, California. I am readily familiar with Ogletree, Deakins, Nash, Smoak & Stewart P.C.'s practice for collecting and processing of correspondence for overnight delivery, said practice being that, in the ordinary course of business, correspondence for overnight delivery is deposited with delivery fees paid or provided for at the carrier's express service offices for next-day delivery.

☐     **BY MESSENGER SERVICE:** (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

☐     **BY FACSIMILE** by transmitting a facsimile transmission a copy of said document(s) to the following addressee(s) at the following number(s), in accordance with:

         ☐     the written confirmation of counsel in this action:

         ☐     [State Court motion, opposition, or reply only] Code of Civil Procedure section 1005(b):

☐     **BY E-MAIL OR ELECTRONIC TRANSMISSION:** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the person(s) at the e-mail addresses listed on the attached service list. I did not receive, within a reasonable time after the transmission, any electronic message

43060355_1.docx

1

Exhibit A, Page 5

1 | or other indication that the transmission was unsuccessful.

2 | ☒    **(State)**        I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

3

4 | Executed on June 10, 2020, at Costa Mesa, California.

5

6

7

8

9 | _____

Lisa Sles

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

43060355_1.docx

28

2

PROOF OF SERVICE

Exhibit A, Page 6

1  **SERVICE LIST**

2

3  Ramin R. Younessi, Esq.                    Attorneys for Plaintiff Edgar Trujillo
   LAW OFFICES OF RAMIN R. YOUNESSI
4  A PROFESSIONAL LAW CORPORATION
   3435 Wilshire Blvd., Suite 2200
5  Los Angeles, CA  90010
   Telephone:      213-480-6200
6  Facsimile:      213-4806201
   ryounessi@younessilaw.com

7

8

9                                                                          43060355.1

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

43060355_1.docx

Electronically FILED by Superior Court of California, County of Los Angeles on 06/10/2020 04:45 PM Sherri R. Carter, Executive Officer/Clerk of Court, by K. Hung,Deputy Clerk

1   Mark F. Lovell, CA Bar No. 246652
    mark.lovell@ogletree.com
2   Shera Y. Kwak, CA Bar No. 329168
    shera.kwak@ogletree.com
3   OGLETREE, DEAKINS, NASH, SMOAK &
    STEWART, P.C.
4   Park Tower, Fifteenth Floor
    695 Town Center Drive
5   Costa Mesa, CA  92626
    Telephone:     714-800-7900
6   Facsimile:     714-754-1298

7   Attorneys for Defendant
    AIRPORT TERMINAL SERVICES, INC.
8

9                **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

10                    **FOR THE COUNTY OF LOS ANGELES**

11                              **CENTRAL DIVISION**

12  EDGAR TRUJILLO,                         Case No. 20STCV13293

13              Plaintiff,                  **DEFENDANT AIRPORT TERMINAL
                                            SERVICES, INC.'S NOTICE TO THE
14       vs.                                STATE COURT AND TO PLAINTIFF OF
                                            FILING NOTICE OF REMOVAL IN
15  AIRPORT TERMINAL SERVICES, INC., a      FEDERAL COURT**
    Missouri corporation; and DOES 1 through 20,
16  inclusive,                              [Assigned for all purposes to The Honorable
                                            Richard J. Burdge, Dept. 37]
17              Defendants.

18                                          Action Filed:     April 3, 2020
                                            Trial Date:       None Set
19

20

21

22

23

24

25

26

27
    43127205_1.docx
28

                                         1

TO THIS HONORABLE COURT, THE CLERK OF THE COURT TO PLAINTIFF EDGAR TRUJILLO AND HIS COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on June 5, 2020, Defendant Airport Terminal Services, Inc.'s ("Defendant") filed in the United States District Court for the Central District of California, Western Division, a Notice of Removal of Civil Action to United States District Court under 28 U.S.C. §§ 1332, 1441, and 1446, thereby effectuating the removal of this case to the aforementioned United States District Court. The United States District Court Case No. is 2:20-cv-05008-JFW-KS. Attached to this Notice as Exhibit "1" are true and correct copies of the filed Notice of Removal, Civil Cover Sheet, Certificate of Interested Parties, Corporate Disclosure Statement, Declaration of Brandy Wallace in Support of Notice of Removal, Notice of Related Cases, Notice of Assignment, Notice to Parties of Court Directed ADR Program, Order Dismissing Doe Defendants, and Honorable John F. Walters' Standing Order, which were filed in the United States District Court for the Central District of California, Western Division.

As a result of the removal of the above-entitled action from this Court, this Court is without jurisdiction to take further action with respect to this matter unless and until the case is remanded. 28 U.S.C. § 1446(d).

DATED: June 9, 2020

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: _____
Mark F. Lovell
Shera Y. Kwak

Attorneys for Defendant
AIRPORT TERMINAL SERVICES, INC.

43127205_1.docx

2

Exhibit A, Page 9

# EXHIBIT B

# PROOF OF SERVICE
*Edgar Trujillo v. Airport Terminal Services, Inc., et al.*
Case No. 2:20-cv-5008

I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which this service is made. At all times herein mentioned I have been employed in the County of Orange in the office of a member of the bar of this court at whose direction the service was made. My business address is 695 Town Center Drive, Suite 1500, Costa Mesa, CA 92626.

On June 5, 2020, I served the following document(s):

**DEFENDANT AIRPORT TERMINAL SERVICES, INC.'S NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. §§ 1332 AND 1441**

**[DIVERSITY JURISDICTION]**

by placing ☐ (the original) ☒ (a true copy thereof) in a sealed envelope addressed as follows:

☒ **BY MAIL:** I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Ogletree, Deakins, Nash, Smoak & Stewart P.C.'s practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☐ **BY MAIL:** I deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid at Park Tower, Fifteenth Floor, 695 Town Center Drive, Costa Mesa, CA 92626.

☐ **BY OVERNIGHT DELIVERY:** I placed the sealed envelope(s) or package(s) designated by the express service carrier for collection and overnight delivery by following the ordinary business practices of Ogletree, Deakins, Nash, Smoak & Stewart P.C., Costa Mesa, California. I am readily familiar with Ogletree, Deakins, Nash, Smoak & Stewart P.C.'s practice for collecting and processing of correspondence for overnight delivery, said practice being that, in the ordinary course of business, correspondence for overnight delivery is deposited with delivery fees paid or provided for at the carrier's express service offices for next-day delivery.

☐ **BY MESSENGER SERVICE:** (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

☐ **BY FACSIMILE:** by transmitting a facsimile transmission a copy of said document(s) to the following addressee(s) at the following number(s), in accordance with:

☐ the written confirmation of counsel in this action:

43045514_1.docx

DEFENDANT AIRPORT TERMINAL SERVICES, INC.'S NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. §§ 1332 AND 1441
Exhibit B, Page 44

Case 2:20-cv-05008-JFW-KS   Document 13   Filed 06/17/20   Page 13 of 21   Page ID
Case 2:20-cv-05008-JFW-KS   Document 1   Filed 06/05/20   Page 53 of 94   Page ID #:50
#:179

☐   [Federal Court] the written confirmation of counsel in this action and order of the court:

☐   **BY CM/ECF:**  With the Clerk of the United States District Court of California, using the CM/ECF System.  The Court's CM/ECF System will send an e-mail notification of the foregoing filing to the parties and counsel of record who are registered with the Court's CM/ECF System.

☒   **(Federal)**   I declare that I am employed in the office of a member of the State Bar of this Court at whose direction the service was made.  I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

☐   **(Federal)**   I declare that I am a **member** of the State Bar of this Court at whose direction the service was made.  I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on June 5, 2020, at Costa Mesa, California.

_____
Lisa Sles

43045514_1.docx

Case No. 2:20-cv-5008

DEFENDANT AIRPORT TERMINAL SERVICES, INC.'S NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. §§ 1332 AND 1441

Exhibit B, Page 42

## SERVICE LIST

Ramin R. Younessi, Esq.
LAW OFFICES OF RAMIN R. YOUNESSI
A PROFESSIONAL LAW CORPORATION
3435 Wilshire Blvd., Suite 2200
Los Angeles, CA  90010
Telephone:  213-480-6200
Facsimile:   213-4806201
ryounessi@younessilaw.com

Attorneys for Plaintiff Edgar Trujillo

43045514.1

DEFENDANT AIRPORT TERMINAL SERVICES, INC.'S NOTICE OF
REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. §§ 1332, 1441, 1446

Exhibit B, Page 43

# EXHIBIT C

**PROOF OF SERVICE**
*Edgar Trujillo v. Airport Terminal Services, Inc., et al.*
Case No. 20STCV13293

      I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which this service is made. At all times herein mentioned I have been employed in the County of Orange in the office of a member of the bar of this court at whose direction the service was made. My business address is Park Tower, Fifteenth Floor, 695 Town Center Drive, Costa Mesa, CA 92626.

      On June 10, 2020, I served the following document(s):

**DEFENDANT AIRPORT TERMINAL SERVICES, INC.'S NOTICE TO THE STATE COURT AND TO PLAINTIFF OF FILING NOTICE OF REMOVAL IN FEDERAL COURT**

by placing ☐ (the original) ☒ (a true copy thereof) in a sealed envelope addressed as stated on the attached service list.

☒    **BY MAIL:** I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Ogletree, Deakins, Nash, Smoak & Stewart, P.C.'s practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☐    **BY MAIL:** I deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid at Park Tower, Fifteenth Floor, 695 Town Center Drive, Costa Mesa, CA 92626.

☐    **BY OVERNIGHT DELIVERY:** I placed the sealed envelope(s) or package(s) designated by the express service carrier for collection and overnight delivery by following the ordinary business practices of Ogletree, Deakins, Nash, Smoak & Stewart P.C., Costa Mesa, California. I am readily familiar with Ogletree, Deakins, Nash, Smoak & Stewart P.C.'s practice for collecting and processing of correspondence for overnight delivery, said practice being that, in the ordinary course of business, correspondence for overnight delivery is deposited with delivery fees paid or provided for at the carrier's express service offices for next-day delivery.

☐    **BY MESSENGER SERVICE:** (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

☐    **BY FACSIMILE** by transmitting a facsimile transmission a copy of said document(s) to the following addressee(s) at the following number(s), in accordance with:

        ☐    the written confirmation of counsel in this action:

        ☐    [State Court motion, opposition, or reply only] Code of Civil Procedure section 1005(b):

☐    **BY E-MAIL OR ELECTRONIC TRANSMISSION:** Based on a court order or an

43127205_1.docx

agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the person(s) at the e-mail addresses listed on the attached service list. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒    **(State)**        I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on June 10, 2020, at Costa Mesa, California.

_____

Lisa Sles

43127205_1.docx

1

**SERVICE LIST**

2

3     Ramin R. Younessi, Esq.                    Attorneys for Plaintiff Edgar Trujillo
      LAW OFFICES OF RAMIN R. YOUNESSI
4     A PROFESSIONAL LAW CORPORATION
      3435 Wilshire Blvd., Suite 2200
5     Los Angeles, CA  90010
      Telephone:     213-480-6200
6     Facsimile:      213-4806201
      ryounessi@younessilaw.com
7

8

9                                                                              43127205.1

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

43127205_1.docx

28

**PROOF OF SERVICE**

*Edgar Trujillo v. Airport Terminal Services, Inc., et al.*
Case No. 2:20-cv-05008-JFW-KS

I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which this service is made. At all times herein mentioned I have been employed in the County of Orange in the office of a member of the bar of this court at whose direction the service was made. My business address is 695 Town Center Drive, Suite 1500, Costa Mesa, CA 92626.

On June 17, 2020, I served the following document(s):

**DECLARATION RE:**

**(1) FILING OF NOTICE OF REMOVAL AND NOTICE TO CLERK IN SAN BERNARDINO COUNTY SUPERIOR COURT AND SERVICE OF NOTICE OF REMOVAL ON PLAINTIFF; AND**

**(2) FILING OF PROOF OF SERVICE**

by placing ☐ (the original) ☒ (a true copy thereof) in a sealed envelope addressed as follows:

☐    **BY MAIL:** I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Ogletree, Deakins, Nash, Smoak & Stewart P.C.'s practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☐    **BY MAIL:** I deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid at Park Tower, Fifteenth Floor, 695 Town Center Drive, Costa Mesa, CA 92626.

☐    **BY OVERNIGHT DELIVERY:** I placed the sealed envelope(s) or package(s) designated by the express service carrier for collection and overnight delivery by following the ordinary business practices of Ogletree, Deakins, Nash, Smoak & Stewart P.C., Costa Mesa, California. I am readily familiar with Ogletree, Deakins, Nash, Smoak & Stewart P.C.'s practice for collecting and processing of correspondence for overnight delivery, said practice being that, in the ordinary course of business, correspondence for overnight delivery is deposited with delivery fees paid or provided for at the carrier's express service offices for next-day delivery.

☐    **BY MESSENGER SERVICE:** (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

☐ **BY FACSIMILE:** by transmitting a facsimile transmission a copy of said document(s) to the following addressee(s) at the following number(s), in accordance with:

    ☐     the written confirmation of counsel in this action:

    ☐     [Federal Court] the written confirmation of counsel in this action and order of the court:

☒ **BY CM/ECF:** With the Clerk of the United States District Court of California, using the CM/ECF System. The Court's CM/ECF System will send an e-mail notification of the foregoing filing to the parties and counsel of record who are registered with the Court's CM/ECF System.

☒ **(Federal)** I declare that I am employed in the office of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

☐ **(Federal)** I declare that I am a **member** of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on June 17, 2020, at Costa Mesa, California.

_____
Lisa Sles

43207048_1.docx

1

2

# SERVICE LIST

3

Ramin R. Younessi, Esq.                    Attorneys for Plaintiff Edgar Trujillo
LAW OFFICES OF RAMIN R. YOUNESSI
4     A PROFESSIONAL LAW CORPORATION
3435 Wilshire Blvd., Suite 2200
5     Los Angeles, CA  90010
Telephone:  213-480-6200
6     Facsimile:   213-4806201
ryounessi@younessilaw.com

7

8                                                                                    43207048.1

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

43207048_1.docx

28