Mark F. Lovell CA Bar No. 246652
mark.lovell@ogletree.com
Graham Hoerauf CA Bar No. 307649
graham.hoerauf@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Park Tower, Fifteenth Floor
695 Town Center Drive
Costa Mesa, CA  92626
Telephone:   714-800-7900
Facsimile:   714-754-1298

Attorneys for Defendant
AIRPORT TERMINAL SERVICES, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| EDGAR TRUJILLO,<br><br>            Plaintiff,<br><br>    v.<br><br>AIRPORT TERMINAL SERVICES, INC., a Missouri corporation; and DOES 1 through 20, inclusive,<br><br>            Defendants. | Case No. 2:20-cv-05008-JFW-KS<br><br>**DEFENDANT AIRPORT TERMINAL SERVICES, INC.'S NOTICE OF RELATED CASE**<br><br>Complaint Filed: April 3, 2020<br>Trial Date:       August 31, 2021<br>District Judge:  Hon. John F. Walter<br>Magistrate Judge: Hon. Karen L. Stevenson |

45335875_1.docx

**TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND TO PLAINTIFF AND HIS COUNSEL OF RECORD:**

Pursuant to Local Rule 83-1.3.1, Defendant Airport Terminal Services, Inc. ("Defendant"), gives notice of the following related case, which is currently pending in the Central District:

*Francisco Cisneros, et al. v. Airport Terminal Services, Inc.*, Case No. 2:19-cv-02798-VAP-SP ("Cisneros Action"). The Cisneros Action is assigned to United States District Court Judge Virginia A. Phillips, and United States Magistrate Judge Sheri N. Pym. The Cisneros Action was initially filed on or about November 27, 2018, in the Superior Court of California, County of Los Angeles, bearing Case Number 18STCV06289. On or about April 11, 2019, Defendant filed a Notice of Removal of the Cisneros Action to this Court, where it is currently pending.

The Cisneros Action is based on the same or similar claims and arise from the same or substantially identical transactions, incidents, or events requiring the determination of the same or substantially identical questions of law or fact. Specifically, the Cisneros Action is a class action alleging various wage and hour claims identical or similar to the claims in this action, including failure to pay wages, failure to pay minimum wages, failure to pay overtime compensation, meal and rest break violations, failure to pay wages at the time of termination, failure to provide proper wage statements, unfair competition, and civil penalties under the California Private Attorneys General Act, Labor Code section 2698, *et. seq*.

Further, Francisco Cisneros, the named Plaintiff in the Cisneros Action and Plaintiff in this action worked for ATS at the same location at Los Angeles International Airport. As alleged in the operative complaints, Francisco Cisneros was terminated from his employment at ATS on or about October 22, 2018. On the other hand, Plaintiff began his employment with ATS on or about April 18, 2014, and his employment with ATS separated on January 31, 2019.

Moreover, both the Cisneros Action and this action cover the same relevant statutory time-period. As alleged in the operative complaint, the Class Period of the Cisneros Action is the period from November 27, 2014, through and including the date judgement is rendered in the Cisneros Action. Since Plaintiff filed the instant action on April 3, 2020, more than 16 months after the Cisneros Action was filed, and the Cisneros Action is currently pending, the Cisneros Action period extends further than, overlaps, and entirely subsumes the relevant statutory period and claims alleged in this action.

The parties in the Cisneros Action have reached an agreement on behalf of all non-exempt employees to resolve that matter and the Court has granted preliminary approval of the settlement.

DATED: April 8, 2021

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Graham Hoerauf*
Mark F. Lovell
Graham Hoerauf
Attorneys for Defendant
AIRPORT TERMINAL SERVICES, INC.

# PROOF OF SERVICE
*Edgar Trujillo v. Airport Terminal Services, Inc., et al.*
Case No. 2:20-cv-05008-JFW-KS

I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which this service is made. At all times herein mentioned I have been employed in the County of Orange in the office of a member of the bar of this court at whose direction the service was made. My business address is 695 Town Center Drive, Suite 1500, Costa Mesa, CA 92626.

On April 8, 2021, I served the following document(s):

**DEFENDANT AIRPORT TERMINAL SERVICES, INC.'S NOTICE OF RELATED CASE**

by placing ☐ (the original) ☒ (a true copy thereof) in a sealed envelope addressed as follows:

☐ **BY MAIL:** I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Ogletree, Deakins, Nash, Smoak & Stewart P.C.'s practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☐ **BY MAIL:** I deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid at Park Tower, Fifteenth Floor, 695 Town Center Drive, Costa Mesa, CA 92626.

☐ **BY OVERNIGHT DELIVERY:** I placed the sealed envelope(s) or package(s) designated by the express service carrier for collection and overnight delivery by following the ordinary business practices of Ogletree, Deakins, Nash, Smoak & Stewart P.C., Costa Mesa, California. I am readily familiar with Ogletree, Deakins, Nash, Smoak & Stewart P.C.'s practice for collecting and processing of correspondence for overnight delivery, said practice being that, in the ordinary course of business, correspondence for overnight delivery is deposited with delivery fees paid or provided for at the carrier's express service offices for next-day delivery.

☐ **BY MESSENGER SERVICE:** (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

☐ **BY FACSIMILE:** by transmitting a facsimile transmission a copy of said document(s) to the following addressee(s) at the following number(s), in accordance with:

☐ the written confirmation of counsel in this action:
☐ [Federal Court] the written confirmation of counsel in this action and order of the court:

45335875_1.docx

3    Case No. 2:20-cv-05008-JFW-KS
DEFENDANT AIRPORT TERMINAL SERVICES, INC.'S NOTICE OF RELATED CASE

☒ **BY CM/ECF:** With the Clerk of the United States District Court of California, using the CM/ECF System. The Court's CM/ECF System will send an e-mail notification of the foregoing filing to the parties and counsel of record who are registered with the Court's CM/ECF System.

☒ **(Federal)** I declare that I am employed in the office of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

☐ **(Federal)** I declare that I am a **member** of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on April 8, 2021, at San Diego, California.

*Pamela Blanton*

Pamela Blanton

# SERVICE LIST

Ramin R. Younessi, Esq.  Attorneys for Plaintiff Edgar Trujillo
Liliuokalani H. Martin, Esq.
Jessica P. Gomez, Esq.
LAW OFFICES OF RAMIN R. YOUNESSI
A PROFESSIONAL LAW CORPORATION
3435 Wilshire Blvd., Suite 2200
Los Angeles, CA  90010
Telephone:   213-480-6200
Facsimile:    213-4806201
ryounessi@younessilaw.com
lmartin@younessilaw.com
kgomez@younessilaw.com

45335875.1