Mark F. Lovell CA Bar No. 246652
mark.lovell@ogletree.com
Graham M. Hoerauf CA Bar No. 307649
graham.hoerauf@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Park Tower, Fifteenth Floor
695 Town Center Drive
Costa Mesa, CA  92626
Telephone:  714-800-7900
Facsimile:   714-754-1298

Attorneys for Defendant
AIRPORT TERMINAL SERVICES, INC.

Ramin R. Younessi, Esq. (SBN 175020)
ryounessi@younessilaw.com
Liliuokalani H. Martin, Esq. (SBN 292778)
lmartin@younessilaw.com
Jessica P. Gomez, Esq. (SBN 309710)
jgomez@younessilaw.com
LAW OFFICES OF RAMIN R. YOUNESSI
A PROFESSIONAL LAW CORPORATION
3435 Wilshire Boulevard, Suite 2200
Los Angeles, California 90010
Telephone: (213) 480-6200
Facsimile: (213) 480-6201

Attorneys for Plaintiff
EDGAR TRUJILLO

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| EDGAR TRUJILLO,<br><br>          Plaintiff,<br><br>     v.<br><br>AIRPORT TERMINAL SERVICES, INC., a Missouri corporation; and DOES 1 through 20, inclusive,<br><br>          Defendants. | Case No. 2:20-cv-05008-JFW-KS<br><br>**JOINT REPORT RE STATUS CONFERENCE/MEDIATION**<br><br>Complaint Filed: April 3, 2020<br>Trial Date:       August 31, 2021<br>District Judge:   Hon. John F. Walter<br>Magistrate Judge: Hon. Karen L. Stevenson |

Pursuant to the Court's order to provide an update regarding the status of mediation efforts, Plaintiff Edgar Trujillo ("Plaintiff") and Defendant Airport Terminal Services, Inc. ("ATS") (collectively, the "Parties") report as follows:

(1) the Parties have been unable to complete the mediation session by April 7, 2021, due to scheduling conflicts, new counsel substituting into the case on behalf ATS, and meet and confer efforts between the parties as to the impact of the settlement of an earlier filed action on this case (the "Cisneros Action") (ECF No. 24).  ATS contends settlement of the Cisneros action resolves claims on behalf of all non-exempt employees, including exempt employees later adjudged to be non-exempt. Plaintiff disagrees;

(2) the Parties have met and conferred and have reached an agreement regarding mediation and exchange of information (through discovery and/or informally) in light of the Cisneros Action such that the Parties still wish to complete the private mediation session, yet require additional time in order to schedule and complete the mediation; and

(3) the Parties are in the process of finalizing the selection of a mutually agreeable mediator and will schedule a mediation session within the next 7 days to take place as soon as possible with the selected mediator.

The Parties will file another Joint Status Report following the scheduling of the mediation to inform the court of the date selected.

//
//
//
//
//

1
Case No. 2:20-cv-05008-JFW-KS
JOINT REPORT RE STATUS CONFERENCE/MEDIATION

DATED: April 9, 2021              OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By: /s/ Graham Hoerauf[1]
    Mark F. Lovell
    Graham M. Hoerauf
    Attorneys for Defendant
    AIRPORT TERMINAL SERVICES, INC.


DATED: April 9, 2021              LAW OFFICES OF RAMIN R. YOUNESSI
A PROFESSIONAL LAW CORPORATION


By: /s/ Jessica P. Gomez
    Ramin R. Younessi, Esq.
    Liliuokalani H. Martin, Esq.
    Jessica P. Gomez, Esq.
    Attorneys for Plaintiff
    EDGAR TRUJILLO

---

[1] Pursuant to Central District of California Local Rule 5-4.3.4(a)(2)(i), I certify that the content of this document is acceptable to all signatory counsel hereto, and that I have obtained authorization from counsel to affix their electronic signature to this document.

**PROOF OF SERVICE**
*Edgar Trujillo v. Airport Terminal Services, Inc., et al.*
Case No. 2:20-cv-05008-JFW-KS

I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which this service is made. At all times herein mentioned I have been employed in the County of Orange in the office of a member of the bar of this court at whose direction the service was made. My business address is 695 Town Center Drive, Suite 1500, Costa Mesa, CA 92626.

On April 9, 2021, I served the following document(s):

**JOINT REPORT RE STATUS CONFERENCE/MEDIATION**

by placing ☐ (the original) ☒ (a true copy thereof) in a sealed envelope addressed as follows:

☐ **BY MAIL:** I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Ogletree, Deakins, Nash, Smoak & Stewart P.C.'s practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☐ **BY MAIL:** I deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid at Park Tower, Fifteenth Floor, 695 Town Center Drive, Costa Mesa, CA 92626.

☐ **BY OVERNIGHT DELIVERY:** I placed the sealed envelope(s) or package(s) designated by the express service carrier for collection and overnight delivery by following the ordinary business practices of Ogletree, Deakins, Nash, Smoak & Stewart P.C., Costa Mesa, California. I am readily familiar with Ogletree, Deakins, Nash, Smoak & Stewart P.C.'s practice for collecting and processing of correspondence for overnight delivery, said practice being that, in the ordinary course of business, correspondence for overnight delivery is deposited with delivery fees paid or provided for at the carrier's express service offices for next-day delivery.

☐ **BY MESSENGER SERVICE:** (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

☐ **BY FACSIMILE:** by transmitting a facsimile transmission a copy of said document(s) to the following addressee(s) at the following number(s), in accordance with:

☐ the written confirmation of counsel in this action:
☐ [Federal Court] the written confirmation of counsel in this action and order of the court:

46735152_1.docx

3
JOINT REPORT RE STATUS CONFERENCE/MEDIATION
Case No. 2:20-cv-05008-JFW-KS

☒ **BY CM/ECF:** With the Clerk of the United States District Court of California, using the CM/ECF System. The Court's CM/ECF System will send an e-mail notification of the foregoing filing to the parties and counsel of record who are registered with the Court's CM/ECF System.

☒ **(Federal)** I declare that I am employed in the office of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

☐ **(Federal)** I declare that I am a **member** of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on April 9, 2021, at San Diego, California.

*[signature]*

Pamela Blanton

# SERVICE LIST

| | |
|---|---|
| Ramin R. Younessi, Esq.<br>Liliuokalani H. Martin, Esq.<br>Jessica P. Gomez, Esq.<br>LAW OFFICES OF RAMIN R. YOUNESSI<br>A PROFESSIONAL LAW CORPORATION<br>3435 Wilshire Blvd., Suite 2200<br>Los Angeles, CA  90010<br>Telephone:   213-480-6200<br>Facsimile:    213-4806201<br>ryounessi@younessilaw.com<br>lmartin@younessilaw.com<br>kgomez@younessilaw.com | Attorneys for Plaintiff Edgar Trujillo |

46735152.1