Ramin R. Younessi, Esq.
ryounessi@younessilaw.com
Liliuokalani H. Martin, Esq.
lmartin@younessilaw.com
Jessica P. Gomez, Esq.
jgomez@younessilaw.com
**LAW OFFICES OF RAMIN R. YOUNESSI
A PROFESSIONAL LAW CORPORATION**
3435 Wilshire Boulevard, Suite 2200
Los Angeles, California 90010
Telephone: (213) 480-6200
Facsimile: (213) 480-6201

Attorneys for Plaintiff,
EDGAR TRUJILLO

Mark Lovell
mark.lovell@ogletreedeakins.com
Graham M. Hoerauf
graham.hoerauf@ogletree.com
**Ogletree, Deakins, Nash, Smoak, & Stewart PC**
695 Town Center Drive, Fifteenth Floor
Costa Mesa, CA 92626
Telephone: 714-800-7911
Fax: 714-754-1298

Attorneys for Defendant,
AIRPORT TERMINAL SERVICES

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA- WESTERN DIVISION**

| | |
|---|---|
| EDGAR TRUJILLO, an individual,<br><br>        Plaintiff,<br><br>v.<br><br>AIRPORT TERMINAL SERVICES, INC. a Missouri corporation; and DOES 1 through 20, inclusive,<br><br>                Defendants. | CASE NO.  2:20-cv-05008-JFW-KS<br><br>**JOINT REPORT RE STIPULATION TO REMAND TO STATE COURT**<br><br>State Complaint Filed:  April 03, 2020<br>Trial Date:                    Not set yet. |

On April 13, 2021, Counsel for Plaintiff and Defendant have met and conferred relating to a stipulation to remand this matter back to state court as well as the Order to

Show Cause relating to the missed Mediation deadline. The April 13, 2021 meet and confer efforts include written correspondence via email as well as a telephone conference with counsel of record. The parties are at an impasse as to a stipulation to remand to state court. Plaintiff's counsel will stipulate to remand. Defendant's counsel will not stipulate to remand.

DATED: April 15, 2021

**LAW OFFICES OF RAMIN R. YOUNESSI**
**A PROFESSIONAL LAW CORPORATION**

By: /s/ Jessica P. Gomez
Ramin R. Younessi, Esq.
Liliuokalani H. Martin, Esq.
Jessica P. Gomez, Esq.
Attorneys for Plaintiff
EDGAR TRUJILLO

DATED: April 15, 2021

**OGLETREE, DEAKINS, NASH, SMOAK, & STEWART PC**

By: /s/ Graham Hoeraut
Mark Lovell, Esq.
Graham Hoerauf, Esq.
Attorneys for Defendant
AIRPORT TERMINAL SERVICES