**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| Edgar Trujillo | CASE NUMBER |
|---|---|
| | 2:20-cv-05008 JFW (KSx) |
| v. PLAINTIFF(S) | |
| Airport Terminal Services, Inc. et al | **ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 21-01 (RELATED CASES)** |
| DEFENDANT(S). | |

**CONSENT**

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 21-01.

_____          _____
Date                                              United States District Judge

**DECLINATION**

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

The cases are not related.  Plaintiff Trujillo is bringing an individual action based on alleged misclassification an exempt employee.  The Plaintiff class in the 8937 case alleged claims based on failure to provide meal and rest breaks, etc.  Trujill was not a member of the class.

04/15/2021          _Virginia A. Phillips_
Date                                              United States District Judge

**REASON FOR TRANSFER AS INDICATED BY COUNSEL**

Case    5:11-cv-01946 VAP (SPx)    and the present case:

☑ A.  Arise from the same or closely related transactions, happenings or events; or

☑ B.  Call for determination of the same or substantially related or similar questions of law and fact; or

☑ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D.  Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

**NOTICE TO COUNSEL FROM CLERK**

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge _____ to Magistrate Judge _____ .

On all documents subsequently filed in this case, please substitute the initials _____ after the case number in place of the initials of the prior judge, so that the case number will read _____ . This is very important because the documents are routed to the assigned judges by means of these initials

cc: ☐ *Previous Judge*    ☐ *Statistics Clerk*

CV-34 (03/21)          ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 21-01  (Related Cases)