# EXHIBIT A



**From:** Bicknell, Mariam <Mariam.Bicknell@ogletreedeakins.com>
**Sent:** Thursday, February 4, 2021 4:22 PM
**To:** Jessica Gomez <JGomez@younessilaw.com>
**Cc:** Liliuokalani Martin <LMartin@younessilaw.com>; Gannon Del Fierro <GFierro@younessilaw.com>; Lovell, Mark F. <mark.lovell@ogletreedeakins.com>; Sara Brown <sbrown@younessilaw.com>
**Subject:** RE: Trujillo v. ATS: Plaintiff's written position to Defendant's discovery [ODNSS-OGL.016741.000044]

Hi Jessica:

The correct case name that overlaps with the PAGA claims is *Francisco Cisneros*, not Gutierrez, and we had previously provided you with the case information. *Cisneros* is a class and PAGA action. In light of this, please provide a response to my email from earlier today.

Thank you.


**Mariam Bicknell | Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**
Park Tower, 695 Town Center Drive, Fifteenth Floor | Costa Mesa, CA 92626 | Telephone: 714-800-7938 | Fax: 714-754-1298
mariam.bicknell@ogletree.com | www.ogletree.com | Bio


**From:** Jessica Gomez <JGomez@younessilaw.com>
**Sent:** Thursday, February 4, 2021 3:44 PM
**To:** Bicknell, Mariam <Mariam.Bicknell@ogletreedeakins.com>
**Cc:** Liliuokalani Martin <LMartin@younessilaw.com>; Gannon Del Fierro <GFierro@younessilaw.com>; Lovell, Mark F. <mark.lovell@ogletreedeakins.com>; Sara Brown <sbrown@younessilaw.com>
**Subject:** RE: Trujillo v. ATS: Plaintiff's written position to Defendant's discovery [ODNSS-OGL.016741.000044]

EXHIBIT A
PAGE 13

*[Caution: Email received from external source]*

Mariam – I don't know why you need to file a stay on the motion. My understanding is that Gutierrez is a class action matter. If that is the case, how can it impact Plaintiff's PAGA claims to other field reps? Please advise. Also, we can still select a mediator while we figure this issue out. I have already told you Eve Wagner.

I intend to review your PAGA discovery on this matter and send a follow-up meet and confer.

Should you have any questions regarding this matter, please do not hesitate to contact the undersigned. Your continuous courtesy and cooperation is dearly appreciated.

Regards,
Jessica Gomez
Attorney at Law
LAW OFFICES OF RAMIN R. YOUNESSI
A PROFESSIONAL LAW CORPORATION
3435 Wilshire Blvd. Suite 2200
Los Angeles, California 90010
(213) 480-6200 Telephone
(213) 480-6201 Facsimile
jgomez@younessilaw.com

_____
This e-mail, and any documents which may accompany it, is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521. It contains information from the Law Offices of Ramin R. Younessi, A Professional Law Corporation, and is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential or otherwise exempt from disclosure. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, any disclosure, dissemination, distribution copying or other use of this communication or its substance is prohibited and may be illegal. If you have received this communication in error, please notify the sender by email or call us collect to arrange for the destruction of the communication or its return to us at our expense. Thank you.
IRS CIRCULAR 230 NOTICE. Pursuant to requirements related to practice before the Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the United States Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.

**From:** Bicknell, Mariam <mariam.bicknell@ogletree.com>
**Sent:** Thursday, February 4, 2021 11:23 AM
**To:** Jessica Gomez <JGomez@younessilaw.com>
**Cc:** Liliuokalani Martin <LMartin@younessilaw.com>; Gannon Del Fierro <GFierro@younessilaw.com>; Lovell, Mark F. <mark.lovell@ogletreedeakins.com>
**Subject:** RE: Trujillo v. ATS: Plaintiff's written position to Defendant's discovery [ODNSS-OGL.016741.000044]

Hi Jessica:

As we discussed during our last call, we do believe your client's PAGA claims on behalf of all non-exempt employees would be barred by the settlement in the *Gutierrez* matter as the claims overlap. We further discussed that we are not currently taking the position that *Gutierrez* bars Plaintiff's PAGA claims brought on behalf of himself and the other employees employed in his same position. In light of that discussion, you indicated that you would be willing to proceed with your client's individual claims and the narrowed scope of the PAGA claim (as outlined in my email below per your proposal). It appears that you may now be disagreeing with the narrowed scope of your client's PAGA claims. Please correct me if I misunderstood your position. We are simply seeking confirmation regarding the scope of the PAGA claim as it will impact the trajectory of this matter. Based on our last conversation, it appeared that the parties agreed in theory regarding the proper and permissible scope of the PAGA claims (i.e. it being limited to Plaintiff and those employed in his same position.) Please confirm if this is your understanding or if you have a different position.

Based on our prior discussion regarding the narrowed scope of the PAGA claim and the apparent agreement on that matter, we held off on filing a Motion to Stay. We just need confirmation from you regarding the intended scope of the PAGA claim so we can move forward accordingly. If you agree to the narrowed scope discussed, we can and will work with you to schedule a mediation in advance of the deadline. Absent that agreement, we will have no choice but to proceed with filing a Motion to Stay, incurring significant costs that could otherwise be put toward reaching a reasonable settlement. A stay of this matter would obviously impact any mediation and the Court's order to mediate.

Thank you.
Mariam

**Mariam Bicknell | Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**
Park Tower, 695 Town Center Drive, Fifteenth Floor | Costa Mesa, CA 92626 | Telephone: 714-800-7938 | Fax: 714-754-1298
mariam.bicknell@ogletree.com | www.ogletree.com | Bio

**From:** Jessica Gomez <JGomez@younessilaw.com>
**Sent:** Thursday, February 4, 2021 9:14 AM
**To:** Bicknell, Mariam <Mariam.Bicknell@ogletreedeakins.com>
**Cc:** Liliuokalani Martin <LMartin@younessilaw.com>; Gannon Del Fierro <GFierro@younessilaw.com>; Lovell, Mark F. <mark.lovell@ogletreedeakins.com>
**Subject:** RE: Trujillo v. ATS: Plaintiff's written position to Defendant's discovery [ODNSS-OGL.016741.000044]

*[Caution: Email received from external source]*

Mariam – The parties have been ordered to attend settlement/mediation by April 5, 2021. We are well behind that and need to move on this and haven't even agreed to a mediator. We cannot disobey a court order based on a proposed scope. Moreover, if your only grounds is the case you cited, that would not eliminate any of Plaintiff's PAGA claims. Please advise. We have already proposed Eve Wagner but she is completely booked for all of March. Lets move on this so we are not in violation of a court order.

Should you have any questions regarding this matter, please do not hesitate to contact the undersigned. Your continuous courtesy and cooperation is dearly appreciated.

Regards,
Jessica Gomez
Attorney at Law
LAW OFFICES OF RAMIN R. YOUNESSI

3

EXHIBIT A
PAGE 15

A PROFESSIONAL LAW CORPORATION
3435 Wilshire Blvd. Suite 2200
Los Angeles, California 90010
(213) 480-6200 Telephone
(213) 480-6201 Facsimile
jgomez@younessilaw.com

_____
This e-mail, and any documents which may accompany it, is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521. It contains information from the Law Offices of Ramin R. Younessi, A Professional Law Corporation, and is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential or otherwise exempt from disclosure. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, any disclosure, dissemination, distribution copying or other use of this communication or its substance is prohibited and may be illegal. If you have received this communication in error, please notify the sender by email or call us collect to arrange for the destruction of the communication or its return to us at our expense. Thank you.
IRS CIRCULAR 230 NOTICE. Pursuant to requirements related to practice before the Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the United States Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.

---

**From:** Bicknell, Mariam <mariam.bicknell@ogletree.com>
**Sent:** Tuesday, February 2, 2021 2:16 PM
**To:** Jessica Gomez <JGomez@younessilaw.com>
**Cc:** Liliuokalani Martin <LMartin@younessilaw.com>; Gannon Del Fierro <GFierro@younessilaw.com>; Lovell, Mark F. <mark.lovell@ogletreedeakins.com>
**Subject:** RE: Trujillo v. ATS: Plaintiff's written position to Defendant's discovery [ODNSS-OGL.016741.000044]

Hi Jessica:

Per our discussion during our last conference call, you indicated that the mediation would involve plaintiff's individual claims and for the PAGA claim, you indicated you would narrow the scope of the PAGA claim to California employees who held or currently hold the same position as plaintiff during the relevant statutory period (instead of all exempt and non-exempt California employees you had previously represented you would pursue for the PAGA claim.)

We need confirmation from you for the scope of the mediation before we can get our client's authorization to proceed with the proposed mediation. Thus, please confirm you are agreeable to the above so that we may proceed accordingly.

Thank you,
Mariam


**Mariam Bicknell | Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**
Park Tower, 695 Town Center Drive, Fifteenth Floor | Costa Mesa, CA 92626 | Telephone: 714-800-7938 | Fax: 714-754-1298
mariam.bicknell@ogletree.com | www.ogletree.com | Bio

4

EXHIBIT A
PAGE 16

**From:** Jessica Gomez <JGomez@younessilaw.com>
**Sent:** Tuesday, February 2, 2021 11:25 AM
**To:** Bicknell, Mariam <Mariam.Bicknell@ogletreedeakins.com>
**Cc:** Liliuokalani Martin <LMartin@younessilaw.com>; Gannon Del Fierro <GFierro@younessilaw.com>; Lovell, Mark F. <mark.lovell@ogletreedeakins.com>
**Subject:** RE: Trujillo v. ATS: Plaintiff's written position to Defendant's discovery [ODNSS-OGL.016741.000044]

[Caution: Email received from external source]

Hi Mariam – This matter as well.  Thanks.

Should you have any questions regarding this matter, please do not hesitate to contact the undersigned. Your continuous courtesy and cooperation is dearly appreciated.

Regards,
Jessica Gomez
Attorney at Law
LAW OFFICES OF RAMIN R. YOUNESSI
A PROFESSIONAL LAW CORPORATION
3435 Wilshire Blvd. Suite 2200
Los Angeles, California 90010
(213) 480-6200 Telephone
(213) 480-6201 Facsimile
jgomez@younessilaw.com

_____

This e-mail, and any documents which may accompany it, is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521. It contains information from the Law Offices of Ramin R. Younessi, A Professional Law Corporation, and is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential or otherwise exempt from disclosure. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, any disclosure, dissemination, distribution copying or other use of this communication or its substance is prohibited and may be illegal. If you have received this communication in error, please notify the sender by email or call us collect to arrange for the destruction of the communication or its return to us at our expense. Thank you.
IRS CIRCULAR 230 NOTICE. Pursuant to requirements related to practice before the Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the United States Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.

**From:** Jessica Gomez
**Sent:** Friday, January 29, 2021 8:45 AM
**To:** 'Bicknell, Mariam' <mariam.bicknell@ogletree.com>
**Cc:** Liliuokalani Martin <LMartin@younessilaw.com>; Gannon Del Fierro <GFierro@younessilaw.com>; 'Lovell, Mark F.'

5

EXHIBIT A
PAGE 17

<mark.lovell@ogletreedeakins.com>
**Subject:** RE: Trujillo v. ATS: Plaintiff's written position to Defendant's discovery [ODNSS-OGL.016741.000044]

Hi Mariam and Mark,

I would like to open discussions on this again and see if we can agree to a mediator and start to select dates for this matter. Please let me know if that is something you are open to? I proposed Eve Wagner but her availability is limited and seems only open in the fall. Please let me know. I would like to get this matter moving along. Thanks.

Have a happy Friday.

Should you have any questions regarding this matter, please do not hesitate to contact the undersigned. Your continuous courtesy and cooperation is dearly appreciated.

Regards,
Jessica Gomez
Attorney at Law
LAW OFFICES OF RAMIN R. YOUNESSI
A PROFESSIONAL LAW CORPORATION
3435 Wilshire Blvd. Suite 2200
Los Angeles, California 90010
(213) 480-6200 Telephone
(213) 480-6201 Facsimile
jgomez@younessilaw.com

_____
This e-mail, and any documents which may accompany it, is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521. It contains information from the Law Offices of Ramin R. Younessi, A Professional Law Corporation, and is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential or otherwise exempt from disclosure. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, any disclosure, dissemination, distribution copying or other use of this communication or its substance is prohibited and may be illegal. If you have received this communication in error, please notify the sender by email or call us collect to arrange for the destruction of the communication or its return to us at our expense. Thank you.
IRS CIRCULAR 230 NOTICE. Pursuant to requirements related to practice before the Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the United States Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.

**From:** Jessica Gomez
**Sent:** Wednesday, January 13, 2021 8:41 AM
**To:** 'Bicknell, Mariam' <mariam.bicknell@ogletree.com>
**Cc:** Liliuokalani Martin <LMartin@younessilaw.com>; Gannon Del Fierro <GFierro@younessilaw.com>; Lovell, Mark F. <mark.lovell@ogletreedeakins.com>
**Subject:** RE: Trujillo v. ATS: Plaintiff's written position to Defendant's discovery [ODNSS-OGL.016741.000044]

Counsel – I will get you supplemental responses for Plaintiff by Tuesday, January 19, 2021.

In light of our conversation yesterday I would like to start at least considering names for mediation sometime in June and would like to propose Eve Wagner.

Ms. Wagner has limited availability on June 11 and 25, which should give our office plenty of time to resolve discovery/PAGA issues. If you want something sooner, let me know. I am also open to your mediator names as well. Thank you.

Should you have any questions regarding this matter, please do not hesitate to contact the undersigned. Your continuous courtesy and cooperation is dearly appreciated.

Regards,
Jessica Gomez
Attorney at Law
LAW OFFICES OF RAMIN R. YOUNESSI
A PROFESSIONAL LAW CORPORATION
3435 Wilshire Blvd. Suite 2200
Los Angeles, California 90010
(213) 480-6200 Telephone
(213) 480-6201 Facsimile
jgomez@younessilaw.com

_____
This e-mail, and any documents which may accompany it, is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521. It contains information from the Law Offices of Ramin R. Younessi, A Professional Law Corporation, and is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential or otherwise exempt from disclosure. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, any disclosure, dissemination, distribution copying or other use of this communication or its substance is prohibited and may be illegal. If you have received this communication in error, please notify the sender by email or call us collect to arrange for the destruction of the communication or its return to us at our expense. Thank you.
IRS CIRCULAR 230 NOTICE. Pursuant to requirements related to practice before the Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the United States Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.

**From:** Bicknell, Mariam <mariam.bicknell@ogletree.com>
**Sent:** Thursday, January 7, 2021 10:23 AM
**To:** Jessica Gomez <JGomez@younessilaw.com>
**Cc:** Liliuokalani Martin <LMartin@younessilaw.com>; Gannon Del Fierro <GFierro@younessilaw.com>; Lovell, Mark F. <mark.lovell@ogletreedeakins.com>
**Subject:** RE: Trujillo v. ATS: Plaintiff's written position to Defendant's discovery [ODNSS-OGL.016741.000044]

Would 2:00 p.m. work for you?

**Mariam Bicknell | Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**
Park Tower, 695 Town Center Drive, Fifteenth Floor | Costa Mesa, CA 92626 | Telephone: 714-800-7938 | Fax: 714-754-1298
mariam.bicknell@ogletree.com | www.ogletree.com | Bio

---

**From:** Jessica Gomez <JGomez@younessilaw.com>
**Sent:** Thursday, January 7, 2021 10:03 AM
**To:** Bicknell, Mariam <Mariam.Bicknell@ogletreedeakins.com>
**Cc:** Liliuokalani Martin <LMartin@younessilaw.com>; Gannon Del Fierro <GFierro@younessilaw.com>; Lovell, Mark F. <mark.lovell@ogletreedeakins.com>
**Subject:** RE: Trujillo v. ATS: Plaintiff's written position to Defendant's discovery [ODNSS-OGL.016741.000044]

[Caution: Email received from external source]

---

Mariam – Do you have anything after 1? We have several appearances in the morning that day.

Should you have any questions regarding this matter, please do not hesitate to contact the undersigned. Your continuous courtesy and cooperation is dearly appreciated.

Regards,
Jessica Gomez
Attorney at Law
LAW OFFICES OF RAMIN R. YOUNESSI
A PROFESSIONAL LAW CORPORATION
3435 Wilshire Blvd. Suite 2200
Los Angeles, California 90010
(213) 480-6200 Telephone
(213) 480-6201 Facsimile
jgomez@younessilaw.com

---

This e-mail, and any documents which may accompany it, is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521. It contains information from the Law Offices of Ramin R. Younessi, A Professional Law Corporation, and is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential or otherwise exempt from disclosure. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, any disclosure, dissemination, distribution copying or other use of this communication or its substance is prohibited and may be illegal. If you have received this communication in error, please notify the sender by email or call us collect to arrange for the destruction of the communication or its return to us at our expense. Thank you.
IRS CIRCULAR 230 NOTICE. Pursuant to requirements related to practice before the Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the United States Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.

**From:** Bicknell, Mariam <mariam.bicknell@ogletree.com>
**Sent:** Thursday, January 7, 2021 9:57 AM
**To:** Jessica Gomez <JGomez@younessilaw.com>
**Cc:** Liliuokalani Martin <LMartin@younessilaw.com>; Gannon Del Fierro <GFierro@younessilaw.com>; Lovell, Mark F. <mark.lovell@ogletreedeakins.com>
**Subject:** RE: Trujillo v. ATS: Plaintiff's written position to Defendant's discovery [ODNSS-OGL.016741.000044]

Hi Jessica:

We are available for a call on Tuesday, January 12 at 11:00 a.m. Please confirm, and I will provide you with a call-in information.

Thank you.
Mariam


**Mariam Bicknell | Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**
Park Tower, 695 Town Center Drive, Fifteenth Floor | Costa Mesa, CA 92626 | Telephone: 714-800-7938 | Fax: 714-754-1298
mariam.bicknell@ogletree.com | www.ogletree.com | Bio


**From:** Jessica Gomez <JGomez@younessilaw.com>
**Sent:** Thursday, January 7, 2021 8:16 AM
**To:** Bicknell, Mariam <Mariam.Bicknell@ogletreedeakins.com>
**Cc:** Liliuokalani Martin <LMartin@younessilaw.com>; Gannon Del Fierro <GFierro@younessilaw.com>; Lovell, Mark F. <mark.lovell@ogletreedeakins.com>
**Subject:** RE: Trujillo v. ATS: Plaintiff's written position to Defendant's discovery [ODNSS-OGL.016741.000044]

> [Caution: Email received from external source]

Mariam – I hate to belabor this point but I do want to touch base with you soon on Trujillo as well as Alvarez. Please let me know when you and Mark are free.

Should you have any questions regarding this matter, please do not hesitate to contact the undersigned. Your continuous courtesy and cooperation is dearly appreciated.

Regards,
Jessica Gomez
Attorney at Law
LAW OFFICES OF RAMIN R. YOUNESSI
A PROFESSIONAL LAW CORPORATION
3435 Wilshire Blvd. Suite 2200
Los Angeles, California 90010
(213) 480-6200 Telephone
(213) 480-6201 Facsimile
jgomez@younessilaw.com

_____
This e-mail, and any documents which may accompany it, is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521. It contains information from the Law Offices of Ramin R. Younessi, A Professional Law Corporation, and is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential or otherwise exempt from disclosure. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, any disclosure, dissemination, distribution copying or other use of this communication or its substance is prohibited and may be illegal. If you have received this communication in error, please notify the sender by email or call us collect to arrange for the destruction of the communication or its return to us at our expense. Thank you.
IRS CIRCULAR 230 NOTICE. Pursuant to requirements related to practice before the Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the United States Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.

**From:** Bicknell, Mariam <mariam.bicknell@ogletree.com>
**Sent:** Thursday, December 31, 2020 11:29 AM
**To:** Jessica Gomez <JGomez@younessilaw.com>
**Cc:** Liliuokalani Martin <LMartin@younessilaw.com>; Gannon Del Fierro <GFierro@younessilaw.com>; Lovell, Mark F. <mark.lovell@ogletreedeakins.com>
**Subject:** RE: Trujillo v. ATS: Plaintiff's written position to Defendant's discovery [ODNSS-OGL.016741.000044]

Hi Jessica:

Happy New Year to you as well.

We are happy to provide you with further extensions if necessary, which have done in the past.

I will provide you with our availability for a call after the holidays.

Best,
Mariam

**Mariam Bicknell | Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**
Park Tower, 695 Town Center Drive, Fifteenth Floor | Costa Mesa, CA 92626 | Telephone: 714-800-7938 | Fax: 714-754-1298
mariam.bicknell@ogletree.com | www.ogletree.com | Bio

**From:** Jessica Gomez <JGomez@younessilaw.com>
**Sent:** Thursday, December 31, 2020 11:01 AM
**To:** Bicknell, Mariam <Mariam.Bicknell@ogletreedeakins.com>
**Cc:** Liliuokalani Martin <LMartin@younessilaw.com>; Gannon Del Fierro <GFierro@younessilaw.com>; Lovell, Mark F. <mark.lovell@ogletreedeakins.com>
**Subject:** RE: Trujillo v. ATS: Plaintiff's written position to Defendant's discovery [ODNSS-OGL.016741.000044]

*[Caution: Email received from external source]*

Thanks Mariam -  I will get back to you on this.  I am not clear by your representation that we met and conferred telephonically on the RFP, as you recall we were never able to get through the RFP on our first attempt to meet and confer telephonically.   I will try to get this back to you on January 15,2021.

However, I am surprised Defendant's imposition of a two week deadline as our office has worked with you on deadlines and in fact has given you three weeks to respond to discovery.  Moreover, you requested another extension which I of course granted to January 4, 2021.  I do want to work this out with you and I hope that you will grant our office similar extensions.

We do need to circle back to the PAGA on this matter.  I will need further information on this.  I would like to schedule a call with you and Mark as well as Ms. Martin.  Let me know when you are free, I understand that there is an overlapping class action claim and would like further discussion on this matter.

Thanks and happy new year.

Should you have any questions regarding this matter, please do not hesitate to contact the undersigned. Your continuous courtesy and cooperation is dearly appreciated.

Regards,
Jessica Gomez
Attorney at Law
LAW OFFICES OF RAMIN R. YOUNESSI
A PROFESSIONAL LAW CORPORATION
3435 Wilshire Blvd. Suite 2200
Los Angeles, California 90010
(213) 480-6200 Telephone
(213) 480-6201 Facsimile
jgomez@younessilaw.com

_____
This e-mail, and any documents which may accompany it, is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521. It contains information from the Law Offices of Ramin R. Younessi, A Professional Law Corporation, and is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential or otherwise exempt from disclosure. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, any disclosure, dissemination, distribution copying or other use of this communication or its substance is prohibited and may be illegal. If you have received this communication in error, please notify the sender by email or call us collect to arrange for the destruction of the communication or its return to us at our expense. Thank you.
IRS CIRCULAR 230 NOTICE. Pursuant to requirements related to practice before the Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the United States Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.

**From:** Bicknell, Mariam <mariam.bicknell@ogletree.com>
**Sent:** Thursday, December 31, 2020 10:43 AM
**To:** Jessica Gomez <JGomez@younessilaw.com>
**Cc:** Liliuokalani Martin <LMartin@younessilaw.com>; Gannon Del Fierro <GFierro@younessilaw.com>; Lovell, Mark F. <mark.lovell@ogletreedeakins.com>
**Subject:** RE: Trujillo v. ATS: Plaintiff's written position to Defendant's discovery [ODNSS-OGL.016741.000044]

Jessica:

Please see our responses (in red) and further meet and confer to your responses below.

Thank you.

**Mariam Bicknell | Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**
Park Tower, 695 Town Center Drive, Fifteenth Floor | Costa Mesa, CA 92626 | Telephone: 714-800-7938 | Fax: 714-754-1298
mariam.bicknell@ogletree.com | www.ogletree.com | Bio

**From:** Jessica Gomez <JGomez@younessilaw.com>
**Sent:** Thursday, December 24, 2020 9:02 AM
**To:** Bicknell, Mariam <Mariam.Bicknell@ogletreedeakins.com>; Lovell, Mark F. <mark.lovell@ogletreedeakins.com>
**Cc:** Liliuokalani Martin <LMartin@younessilaw.com>; Gannon Del Fierro <GFierro@younessilaw.com>
**Subject:** Trujillo v. ATS: Plaintiff's written position to Defendant's discovery

**[Caution: Email received from external source]**

Dear Counsel,

Please allow this correspondence to serve as Plaintiff's response to Defendant's meet and confer letter. Our office will agree to supplement the following:

SI Nos: 10
SI Nos: 11-14
SI Nos: 17, 18

RFP Nos 14, 18, 19, 21, 22, 23, 24, 58, 59

Thank you. Please provide the supplemental responses to the above discovery by January 15, 2021.

*Further Meet and Confer is Needed for the Following:*

With respect to interrogatories 1-9: As I told you previously, the responses are fully responsive. The call of the interrogatory is to IDENTIFY individuals and we have and said that "Plaintiff believes that those individuals may be contacted through Defendant's counsel of record." Moreover, my objection states that the information is equally available to the asking party, which is absolutely true because these are former and current employees of Defendant. I don't understand why you believe this is evasive, we have not withheld any names known to us at this time. Your argument that we need to state whether or not we have the contact information is harassing,

especially because my understanding is that these are managers/supervisors of ATS who your office should have immediate contact with.  If you have contrary case law, please send over. As I previously explained during our last call, Plaintiff has a duty to provide discovery of information in his possession, custody, or control regardless of whether the requested information is or is not in Defendant's possession. This is particularly important for witnesses Plaintiff has identified who are former employees of Defendant and the witnesses Defendant is unable to identify. Thus, to the extent Plaintiff has the current contact information for former employees, which may be different from the information Defendant has on file, Defendant is certainly entitled to that information from Plaintiff. Please provide supplemental responses with the requested information for the following witnesses Plaintiff has identified: Eddie Rivas, Mercedes Alvarez, and "Christine." As you are aware, Ms. Alvarez is a former employee, and our client is unable to identify Eddie Rivas and "Christine."

With respect to RFP Nos. 3-6, 8, 10, 13, 17, 20, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 37, 38, 42, 43, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 60:  We have additional documents that we will produce, likely before the end of the year.  Our office is not withholding documents aside from attorney-client work product/attorney client communications.  If you would like a privilege log on those grounds, please advise and we will get it to you. Please produce all responsive documents and provide a privilege log by January 15, 2021. Additionally, you have not addressed our request that Plaintiff serve supplemental responses removing the following qualifying language from his responses: "to which no objection is being made." Given your representation that your office is not withholding any documents (except as you have specified), there should be no issues with Plaintiff removing the qualifying language. Please let us know if you will agree to provide supplemental responses accordingly.

RFP 2:  This request is extremely overbroad, and unintelligible, please limit this request.  I am not sure what you are specifically seeking. This request seeks all documents in Plaintiff's possession that relate to his employment at ATS. Please let us know if you will agree to provide a supplemental response, and produce all responsive documents.

RFP 36:  I am not clear what this request is seeking.  It on the one hand says other claims and on the other asks claims in connection to this action.  I am not clear how to respond. This request seeks other claims Plaintiff filed in connection with his employment with or termination from ATS. Thus, it seeks claims/complaints that relate to his employment with or termination from ATS that have not been included in this lawsuit. This would include any claims he filed with the DFEH, EEOC, EDD, CUIAB, Workers Compensation, Disability claims, etc. that relate to his employment with ATS or separation therefrom.  Please let us know if you will agree to provide a supplemental response, and produce all responsive documents.

RFP 56-57:  Doesn't Defendant have these documents?  If they produced in the last document production, that is what we would produce back.  Please advise. As I explained previously, Plaintiff has a duty to provide discovery of documents/information in his possession, custody, or control, regardless of whether the requested documents/information are or are not in the requesting party's possession. If Plaintiff does not have any responsive documents other than those produced by Defendant, then he must so state in a supplemental response. Please provide a supplemental response.

RFP 11-16:  This is a responsive response, we don't have it.  Your office should have Defendant's handbooks, and policies.  This is not evasive and Code-compliant. This should be RFPs 11 and 16 (not 11 through 16). As I explained in my initial meet and confer letter, FRCP Rule 34 requires Plaintiff to explain why he cannot comply with the request. Please see my December 4 meet and confer letter, and please provide supplemental responses to RFPs 11 and 16.

I am hoping we can work this out further without need for the magistrate judge involvement/motion work.  However, if you disagree with my position and do not believe further meet and confer will further resolve these issues, please prepare a joint statement so we can attend an IDC with the magistrate judge.  I

would like to bring the IDC concurrently with our discovery request but I am waiting for further responses from your office.

If you need additional time beyond January 15, 2021, to provide the above, please let us know. Thank you.

Should you have any questions regarding this matter, please do not hesitate to contact the undersigned. Your continuous courtesy and cooperation is dearly appreciated.

Regards,
Jessica Gomez
Attorney at Law
LAW OFFICES OF RAMIN R. YOUNESSI
A PROFESSIONAL LAW CORPORATION
3435 Wilshire Blvd. Suite 2200
Los Angeles, California 90010
(213) 480-6200 Telephone
(213) 480-6201 Facsimile
jgomez@younessilaw.com

_____

This e-mail, and any documents which may accompany it, is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521. It contains information from the Law Offices of Ramin R. Younessi, A Professional Law Corporation, and is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential or otherwise exempt from disclosure. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, any disclosure, dissemination, distribution copying or other use of this communication or its substance is prohibited and may be illegal. If you have received this communication in error, please notify the sender by email or call us collect to arrange for the destruction of the communication or its return to us at our expense. Thank you.
IRS CIRCULAR 230 NOTICE. Pursuant to requirements related to practice before the Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the United States Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.

*This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information. If you are not the proper recipient, please notify the sender immediately and delete this message. Any unauthorized review, copying, or use of this message is prohibited.*

*This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information. If you are not the proper recipient, please notify the sender immediately and delete this message. Any unauthorized review, copying, or use of this message is prohibited.*

*This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information. If you are not the proper recipient, please notify the sender immediately and delete this message. Any unauthorized review, copying, or use of this message is prohibited.*

*This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information. If you are not the proper recipient, please notify the sender immediately and delete this message. Any unauthorized review, copying, or use of this message is prohibited.*

*This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information. If you are not the proper recipient, please notify the sender immediately and delete this message. Any unauthorized review, copying, or use of this message is prohibited.*