Ramin R. Younessi, Esq. (SBN 175020)
ryounessi@younessilaw.com
Liliuokalani H. Martin, Esq. (SBN 292778)
lmartin@younessilaw.com
Jessica P. Gomez, Esq. (SBN 309710)
jgomez@younessilaw.com
**LAW OFFICES OF RAMIN R. YOUNESSI**
**A PROFESSIONAL LAW CORPORATION**
3435 Wilshire Boulevard, Suite 2200
Los Angeles, California 90010
Telephone: (213) 480-6200
Facsimile: (213) 480-6201

Attorneys for Plaintiff,
EDGAR TRUJILLO

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA- WESTERN DIVISION

| | |
|---|---|
| EDGAR TRUJILLO, an individual,<br><br>　　　　Plaintiff,<br><br>v.<br><br>AIRPORT TERMINAL SERVICES, INC. a Missouri corporation; and DOES 1 through 20, inclusive,<br><br><br>　　　　　Defendants. | CASE NO.  2:20-cv-05008-JFW-KS<br><br>**DECLARATION OF JESSICA P. GOMEZ IN RESPONSE TO THE ORDER TO SHOW CAUSE**<br><br>State Complaint Filed:  April 03, 2020<br>Trial Date:　　　　Not set yet. |

## DECLARATION OF JESSICA P. GOMEZ

I, Jessica P. Gomez, declare as follows:

1.　　I am an associate attorney at the Law Offices of Ramin Younessi and I am licensed to practice before the Central District of California.  I am counsel of record of Plaintiff Edgar Trujillo, in this action. I am making this declaration in support of the Order to Show Cause requested by this Court.  I have personal knowledge of the facts set forth in this declaration and can testify to them if called upon to do so.

2.　　On April 3, 2020, Plaintiff's counsel on behalf of Plaintiff filed the instant matter in Los Angeles Superior Court alleging various Wage and Hour causes of action

including misclassification of exempt/non-exempt; meal and rest; and overtime. Plaintiff also alleges Private Attorney General Act ("PAGA") cause of action against Defendant for similarly aggrieved employees.

3.    On July 15, 2020, Defendants removed this matter to federal court on diversity grounds. (Docket Doc. No.1) That same day Defendants represented to this Court that there were no related cases previously filed or currently pending before the United State Court for the Central District of California. (Docket Doc. No. 6).

4.    On July 9, 2020, the parties and their counsel: Mark Lovell, Mariam Bicknell, Liliuokalani Martin, and Jessica Gomez met and conferred relating to the joint report.  Defendant's counsel did not mention any other related cases or limitation as to the PAGA.

5.    In or around July 27, 2020, the parties prepared and finalized the joint report and Defendant's counsel again represented that there were no related cases.  (Docket Doc. No. 18)

6.    With respect to following the scheduling order and mediation deadline, Plaintiff's counsel has made numerous efforts to comply with the scheduling order and requested on numerous occasions that the parties schedule mediation.

7.    On September 8, 2020,  I sent an email to Defendant's counsel requesting that the parties schedule/attend mediation pursuant to the Court's Scheduling Order. (Attached hereto as Exhibit 1 is a true and correct copy of the September 8, 2020 email.)

8.    On  September 9, 2020, I followed up again with Defendant's counsel requesting mediators names and did not receive a response. (Attached hereto as Exhibit 2 is a true and correct copy of the September 9, 2020 email.)

9.    From October 6, 2020 to December 28, 2020, the parties started working out issues relating to discovery responses and the PAGA.  Defendant's counsel, Mariam Bicknell, refused to respond to discovery on the ground that that there was another overlapping PAGA/class action matter.  This was the first time Plaintiff's counsels' office learned of the related case.  Moreover, Defendant's counsel refused to give me the

DECLARATION OF JESSICA P. GOMEZ IN RESPONSE TO THE ORDER TO SHOW CAUSE

name of the overlapping  PAGA claims. (Attached hereto as Exhibit 3 is a true and correct copy of relevant discussion as to discovery).

10.    Finally, on December 8, 2020, Defendant's counsel finally disclosed the name of the other PAGA case "The name of the other pending PAGA case with overlapping claims with this matter is *Francisco Cisneros v. Airport Terminal Services,* Los Angeles Superior Court Case No. 18STCV06289, United States District Court, Central District of California, Case No. 2:19-cv-02798." (Attached here to as Exhibit 4 is a true and correct copy of the email chain for Defendant's counsel.)

11.    On January 7, 2021, I called Defendant's counsel and suggested that the parties circle back to mediation and I proposed Eve Wagner. I warned Defendant's counsel of Ms. Wagner's limited availability.  I memorialized our conversation in an email I sent on January 13, 2021.  (Attached hereto as Exhibit 5 is a true and correct copy of the January 13, 2021 email.)

12.    On January 29, 2021, I followed up again with Defendant's counsel asking them to agree to a mediator and to select dates.  (Attached hereto as Exhibit 6 is a true and correct copy of the January 29, 2021 email.)

13.    On February 2, 2021, the parties had another telephonic conversation relating to the PAGA class, wherein Defendants refused to schedule mediation on those grounds.  Defendant's counsel sent an email stating: "We need confirmation from you for the scope of the mediation before we can get our client's authorization to proceed with the proposed mediation. Thus, please confirm you are agreeable to the above so that we may proceed accordingly." In that same email chain, I told Defendant's counsel that "the parties have been ordered to attend settlement/mediation by April 5, 2021.  We are well behind that and need to move on this and haven't even agreed to a mediator.  **We cannot disobey a court order based on a proposed scope.   Moreover, if your only grounds is the case you cited, that would not eliminate any of Plaintiff's PAGA claims.**   Please advise.  We have already proposed Eve Wagner but she is completely booked for all of March.  Lets (sic) move on this so we are not in violation of a court order."  Attached hereto as Exhibit 7 is a true and correct copy of the February 2, 2021 email chain.

14.     Defendants counsel continued to refuse mediation[1] until Plaintiff agreed to limit the scope, Plaintiff's counsel continued to ask for mediation and that the proposed scope could be figured out while the parties prepared and attended mediation.  (*Id.*)

15.     Plaintiff and his counsel never intended to disobey a court order or disregard the scheduling and has made several efforts to attend mediation.  Plaintiff's counsel will not do that again. In the future, Plaintiff's counsel will seek judicial assistance if it can not attend mediation pursuant to a Court's scheduling order.

I declare the foregoing is true.  Executed in La Mirada, California on April 4, 2021

_____

Jessica P. Gomez, Esq.

---

[1] As of the April 14, 2021, the parties have scheduled mediation with the Honorable Judge Richard Stone for July 15, 2021.

Exhibit 1

# Jessica Gomez

| | |
|---|---|
| **From:** | Jessica Gomez |
| **Sent:** | Tuesday, September 8, 2020 9:50 AM |
| **To:** | 'Bicknell, Mariam'; Liliuokalani Martin |
| **Cc:** | Lovell, Mark F.; Vo, Diane; DonJuan, Alba; Victoria Carthorn |
| **Subject:** | RE: Edgar Trujillo v. Airport Terminal Services, Inc. |

Counsel,

The parties are required to complete private mediation by April 5, 2021.  While that is some time away, we may want to discuss mediators and selecting dates in advance.  Plaintiff proposes Angela Roddick Wright and Judge Abraham Khan. Please advise.

Should you have any questions regarding this matter, please do not hesitate to contact the undersigned. Your continuous courtesy and cooperation is dearly appreciated.

Regards,
Jessica Gomez
Attorney at Law
LAW OFFICES OF RAMIN R. YOUNESSI
A PROFESSIONAL LAW CORPORATION
3435 Wilshire Blvd. Suite 2200
Los Angeles, California 90010
(213) 480-6200 Telephone
(213) 480-6201 Facsimile
jgomez@younessilaw.com



This e-mail, and any documents which may accompany it, is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521. It contains information from the Law Offices of Ramin R. Younessi, A Professional Law Corporation, and is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential or otherwise exempt from disclosure.

If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, any disclosure, dissemination, distribution copying or other use of this communication or its substance is prohibited and may be illegal. If you have received this communication in error, please notify the sender by email or call us collect to arrange for the destruction of the communication or its return to us at our expense. Thank you.

IRS CIRCULAR 230 NOTICE. Pursuant to requirements related to practice before the Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the United States Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.

**From:** Bicknell, Mariam <mariam.bicknell@ogletree.com>
**Sent:** Tuesday, August 25, 2020 7:35 PM
**To:** Jessica Gomez <JGomez@younessilaw.com>; Liliuokalani Martin <LMartin@younessilaw.com>
**Cc:** Lovell, Mark F. <mark.lovell@ogletreedeakins.com>; Vo, Diane <Diane.Vo@ogletreedeakins.com>; DonJuan, Alba <alba.donjuan@ogletreedeakins.com>
**Subject:** Edgar Trujillo v. Airport Terminal Services, Inc.

Dear Counsel:

I write to request an extension of time for our client, Airport Terminal Services, Inc. ("ATS") to provide responses to Plaintiff's Requests for Production of Documents, Set One and Interrogatories, Set One, which are currently due this Thursday, August 27, 2020.

Please let me know if Plaintiff will grant ATS an extension of time until September 11, 2020, to serve responses to the above discovery.

Thank you for your professional courtesy.

Best,
Mariam


**Mariam Bicknell | Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**
Park Tower, 695 Town Center Drive, Fifteenth Floor | Costa Mesa, CA 92626 | Telephone: 714-800-7938 | Fax: 714-754-1298
mariam.bicknell@ogletree.com | www.ogletree.com | Bio


*This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information. If you are not the proper recipient, please notify the sender immediately and delete this message. Any unauthorized review, copying, or use of this message is prohibited.*

Exhibit 2

# Jessica Gomez

| | |
|---|---|
| **From:** | Jessica Gomez |
| **Sent:** | Wednesday, September 9, 2020 9:38 AM |
| **To:** | 'Bicknell, Mariam'; Liliuokalani Martin |
| **Cc:** | 'Lovell, Mark F.'; 'Vo, Diane'; 'DonJuan, Alba'; Victoria Carthorn |
| **Subject:** | RE: Edgar Trujillo v. Airport Terminal Services, Inc. |

Following up on this as well?
Should you have any questions regarding this matter, please do not hesitate to contact the undersigned. Your continuous courtesy and cooperation is dearly appreciated.

Regards,
Jessica Gomez
Attorney at Law
LAW OFFICES OF RAMIN R. YOUNESSI
A PROFESSIONAL LAW CORPORATION
3435 Wilshire Blvd. Suite 2200
Los Angeles, California 90010
(213) 480-6200 Telephone
(213) 480-6201 Facsimile
jgomez@younessilaw.com



This e-mail, and any documents which may accompany it, is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521. It contains information from the Law Offices of Ramin R. Younessi, A Professional Law Corporation, and is intended only for the use of the

individual or entity to which it is addressed and may contain information that is privileged, confidential or otherwise exempt from disclosure.

If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, any disclosure, dissemination, distribution copying or other use of this communication or its substance is prohibited and may be illegal. If you have received this communication in error, please notify the sender by email or call us collect to arrange for the destruction of the communication or its return to us at our expense. Thank you.

IRS CIRCULAR 230 NOTICE. Pursuant to requirements related to practice before the Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the United States Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.

---

**From:** Jessica Gomez
**Sent:** Tuesday, September 8, 2020 9:50 AM
**To:** 'Bicknell, Mariam' <mariam.bicknell@ogletree.com>; Liliuokalani Martin <LMartin@younessilaw.com>
**Cc:** Lovell, Mark F. <mark.lovell@ogletreedeakins.com>; Vo, Diane <Diane.Vo@ogletreedeakins.com>; DonJuan, Alba <alba.donjuan@ogletreedeakins.com>; Victoria Carthorn <vcarthorn@younessilaw.com>
**Subject:** RE: Edgar Trujillo v. Airport Terminal Services, Inc.

Counsel,

The parties are required to complete private mediation by April 5, 2021. While that is some time away, we may want to discuss mediators and selecting dates in advance. Plaintiff proposes Angela Roddick Wright and Judge Abraham Khan. Please advise.

Exhibit 3

# Jessica Gomez

| | |
|---|---|
| **From:** | Bicknell, Mariam <mariam.bicknell@ogletree.com> |
| **Sent:** | Thursday, December 31, 2020 11:29 AM |
| **To:** | Jessica Gomez |
| **Cc:** | Liliuokalani Martin; Gannon Del Fierro; Lovell, Mark F. |
| **Subject:** | RE: Trujillo v. ATS: Plaintiff's written position to Defendant's discovery [ODNSS-OGL.016741.000044] |

Hi Jessica:

Happy New Year to you as well.

We are happy to provide you with further extensions if necessary, which have done in the past.

I will provide you with our availability for a call after the holidays.

Best,
Mariam

**Mariam Bicknell | Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**
Park Tower, 695 Town Center Drive, Fifteenth Floor | Costa Mesa, CA 92626 |
Telephone: 714-800-7938 | Fax: 714-754-1298
mariam.bicknell@ogletree.com | www.ogletree.com | Bio

---

**From:** Jessica Gomez <JGomez@younessilaw.com>
**Sent:** Thursday, December 31, 2020 11:01 AM
**To:** Bicknell, Mariam <Mariam.Bicknell@ogletreedeakins.com>
**Cc:** Liliuokalani Martin <LMartin@younessilaw.com>; Gannon Del Fierro <GFierro@younessilaw.com>; Lovell, Mark F. <mark.lovell@ogletreedeakins.com>

1

**Subject:** RE: Trujillo v. ATS: Plaintiff's written position to Defendant's discovery [ODNSS-OGL.016741.000044]

*[Caution: Email received from external source]*

Thanks Mariam - I will get back to you on this. I am not clear by your representation that we met and conferred telephonically on the RFP, as you recall we were never able to get through the RFP on our first attempt to meet and confer telephonically. I will try to get this back to you on January 15,2021.

However, I am surprised Defendant's imposition of a two week deadline as our office has worked with you on deadlines and in fact has given you three weeks to respond to discovery. Moreover, you requested another extension which I of course granted to January 4, 2021. I do want to work this out with you and I hope that you will grant our office similar extensions.

We do need to circle back to the PAGA on this matter. I will need further information on this. I would like to schedule a call with you and Mark as well as Ms. Martin. Let me know when you are free, I understand that there is an overlapping class action claim and would like further discussion on this matter.

Thanks and happy new year.

Should you have any questions regarding this matter, please do not hesitate to contact the undersigned. Your continuous courtesy and cooperation is dearly appreciated.

Regards,
Jessica Gomez
Attorney at Law
LAW OFFICES OF RAMIN R. YOUNESSI
A PROFESSIONAL LAW CORPORATION
3435 Wilshire Blvd. Suite 2200
Los Angeles, California 90010

(213) 480-6200 Telephone
(213) 480-6201 Facsimile
jgomez@younessilaw.com



_____

This e-mail, and any documents which may accompany it, is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521. It contains information from the Law Offices of Ramin R. Younessi, A Professional Law Corporation, and is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential or otherwise exempt from disclosure.

If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, any disclosure, dissemination, distribution copying or other use of this communication or its substance is prohibited and may be illegal. If you have received this communication in error, please notify the sender by email or call us collect to arrange for the destruction of the communication or its return to us at our expense. Thank you.

IRS CIRCULAR 230 NOTICE. Pursuant to requirements related to practice before the Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the United States Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.

**From:** Bicknell, Mariam <mariam.bicknell@ogletree.com>
**Sent:** Thursday, December 31, 2020 10:43 AM
**To:** Jessica Gomez <JGomez@younessilaw.com>
**Cc:** Liliuokalani Martin <LMartin@younessilaw.com>; Gannon Del Fierro <GFierro@younessilaw.com>; Lovell, Mark F.

<mark.lovell@ogletreedeakins.com>
**Subject:** RE: Trujillo v. ATS: Plaintiff's written position to Defendant's discovery [ODNSS-OGL.016741.000044]

Jessica:

Please see our responses (in red) and further meet and confer to your responses below.

Thank you.


**Mariam Bicknell | Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**
Park Tower, 695 Town Center Drive, Fifteenth Floor | Costa Mesa, CA 92626 |
Telephone: 714-800-7938 | Fax: 714-754-1298
mariam.bicknell@ogletree.com | www.ogletree.com | Bio


---

**From:** Jessica Gomez <JGomez@younessilaw.com>
**Sent:** Thursday, December 24, 2020 9:02 AM
**To:** Bicknell, Mariam <Mariam.Bicknell@ogletreedeakins.com>; Lovell, Mark F. <mark.lovell@ogletreedeakins.com>
**Cc:** Liliuokalani Martin <LMartin@younessilaw.com>; Gannon Del Fierro <GFierro@younessilaw.com>
**Subject:** Trujillo v. ATS: Plaintiff's written position to Defendant's discovery

*[Caution: Email received from external source]*

---

Dear Counsel,

Please allow this correspondence to serve as Plaintiff's response to Defendant's meet and confer letter.   Our office will agree to supplement the following:

SI Nos: 10
SI Nos: 11-14

4

SI Nos: 17, 18

RFP Nos 14, 18, 19, 21, 22, 23, 24, 58, 59

Thank you. Please provide the supplemental responses to the above discovery by January 15, 2021.

*Further Meet and Confer is Needed for the Following:*

With respect to interrogatories 1-9:  As I told you previously, the responses are fully responsive.  The call of the interrogatory is to IDENTIFY individuals and we have and said that "Plaintiff believes that those individuals may be contacted through Defendant's counsel of record."  Moreover, my objection states that the information is equally available to the asking party, which is absolutely true because these are former and current employees of Defendant.  I don't understand why you believe this is evasive, we have not withheld any names known to us at this time.  Your argument that we need to state whether or not we have the contact information is harassing, especially because my understanding is that these are managers/supervisors of ATS who your office should have immediate contact with.  If you have contrary case law, please send over. As I previously explained during our last call, Plaintiff has a duty to provide discovery of information in his possession, custody, or control regardless of whether the requested information is or is not in Defendant's possession. This is particularly important for witnesses Plaintiff has identified who are former employees of Defendant and the witnesses Defendant is unable to identify. Thus, to the extent Plaintiff has the current contact information for former employees, which may be different from the information Defendant has on file, Defendant is certainly entitled to that information from Plaintiff. Please provide supplemental responses with the requested information for the following witnesses Plaintiff has identified: Eddie Rivas, Mercedes Alvarez, and "Christine." As you are aware, Ms. Alvarez is a former employee, and our client is unable to identify Eddie Rivas and "Christine."

With respect to RFP Nos. 3-6, 8, 10, 13, 17, 20, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 37, 38, 42, 43, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 60:  We have additional documents that we will produce, likely before the end of the year.  Our office is not withholding documents aside from attorney-client work product/attorney client communications.  If you would like a privilege log on those grounds, please advise and we will get it to you. Please produce all responsive documents and provide a privilege log by January 15, 2021. Additionally, you have not addressed our request that Plaintiff serve supplemental responses removing the following qualifying language from his responses: "to which no objection is being made." Given your representation that your office is not withholding any documents (except as you have specified), there should be no issues with Plaintiff removing the qualifying language. Please let us know if you will agree to provide supplemental responses accordingly.

RFP 2:  This request is extremely overbroad, and unintelligible, please limit this request.  I am not sure what you are specifically seeking. This request seeks all documents in Plaintiff's possession that relate to his employment at ATS. Please let us know if you will agree to provide a supplemental response, and produce all responsive documents.

RFP 36:  I am not clear what this request is seeking.  It on the one hand says other claims and on the other asks claims in connection to this action.  I am not clear how to respond. This request seeks other claims Plaintiff filed in connection with his employment with or termination from ATS. Thus, it seeks claims/complaints that relate to his employment with or termination from ATS that have not been included in this lawsuit. This would include any claims he filed with the DFEH, EEOC, EDD, CUIAB, Workers Compensation, Disability claims, etc. that relate to his employment with ATS or separation therefrom.  Please let us know if you will agree to provide a supplemental response, and produce all responsive documents.

RFP 56-57:  Doesn't Defendant have these documents?  If they produced in the last document production, that is what we would produce back.  Please advise. As I explained previously, Plaintiff has a

duty to provide discovery of documents/information in his possession, custody, or control, regardless of whether the requested documents/information are or are not in the requesting party's possession. If Plaintiff does not have any responsive documents other than those produced by Defendant, then he must so state in a supplemental response. Please provide a supplemental response.

RFP 11-16:  This is a responsive response, we don't have it.  Your office should have Defendant's handbooks, and policies.  This is not evasive and Code-compliant. This should be RFPs 11 and 16 (not 11 through 16). As I explained in my initial meet and confer letter, FRCP Rule 34 requires Plaintiff to explain why he cannot comply with the request. Please see my December 4 meet and confer letter, and please provide supplemental responses to RFPs 11 and 16.

I am hoping we can work this out further without need for the magistrate judge involvement/motion work.  However, if you disagree with my position and do not believe further meet and confer will further resolve these issues, please prepare a joint statement so we can attend an IDC with the magistrate judge.  I would like to bring the IDC concurrently with our discovery request but I am waiting for further responses from your office.

If you need additional time beyond January 15, 2021, to provide the above, please let us know. Thank you.

Should you have any questions regarding this matter, please do not hesitate to contact the undersigned. Your continuous courtesy and cooperation is dearly appreciated.

Regards,
Jessica Gomez
Attorney at Law
LAW OFFICES OF RAMIN R. YOUNESSI
A PROFESSIONAL LAW CORPORATION
3435 Wilshire Blvd. Suite 2200
Los Angeles, California 90010

(213) 480-6200 Telephone
(213) 480-6201 Facsimile
jgomez@younessilaw.com



This e-mail, and any documents which may accompany it, is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521. It contains information from the Law Offices of Ramin R. Younessi, A Professional Law Corporation, and is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential or otherwise exempt from disclosure.

If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, any disclosure, dissemination, distribution copying or other use of this communication or its substance is prohibited and may be illegal. If you have received this communication in error, please notify the sender by email or call us collect to arrange for the destruction of the communication or its return to us at our expense. Thank you.

IRS CIRCULAR 230 NOTICE. Pursuant to requirements related to practice before the Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the United States Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.

*This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information. If you are not the proper recipient, please notify the sender immediately and delete this message. Any unauthorized review, copying, or use of this message is prohibited.*

Exhibit 4

# Jessica Gomez

| | |
|---|---|
| **From:** | Bicknell, Mariam <mariam.bicknell@ogletree.com> |
| **Sent:** | Tuesday, December 8, 2020 12:44 PM |
| **To:** | Jessica Gomez; Liliuokalani Martin |
| **Cc:** | Lovell, Mark F.; DonJuan, Alba; Vo, Diane |
| **Subject:** | RE: Edgar Trujillo v. Airport Terminal Services [ODNSS-OGL.016741.000044] |

Jessica:

The name of the other pending PAGA case with overlapping claims with this matter is *Francisco Cisneros v. Airport Terminal Services*, Los Angeles Superior Court Case No. 18STCV06289, United States District Court, Central District of California, Case No. 2:19-cv-02798.

The balance of your email misrepresents our conversation. As an initial matter, I never indicated or even mentioned that Defendant would file a summary judgment motion. I will respond to the balance of your comments by close of business tomorrow.

Mariam

**Mariam Bicknell | Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**
Park Tower, 695 Town Center Drive, Fifteenth Floor | Costa Mesa, CA 92626 |
Telephone: 714-800-7938 | Fax: 714-754-1298
mariam.bicknell@ogletree.com | www.ogletree.com | Bio

---

**From:** Jessica Gomez <JGomez@younessilaw.com>
**Sent:** Tuesday, December 8, 2020 12:08 PM
**To:** Bicknell, Mariam <Mariam.Bicknell@ogletreedeakins.com>; Liliuokalani Martin <LMartin@younessilaw.com>
**Cc:** Lovell, Mark F. <mark.lovell@ogletreedeakins.com>; DonJuan, Alba

<alba.donjuan@ogletreedeakins.com>; Vo, Diane
<Diane.Vo@ogletreedeakins.com>
**Subject:** RE: Edgar Trujillo v. Airport Terminal Services [ODNSS-OGL.016741.000044]

**[Caution: Email received from external source]**

Mariam-

Please see response in red.  Problematically, you said something to the effect that there might be another overlapping PAGA case.  You said you would get us more information on that and that it would absolve Plaintiff's PAGA claims.  That is not necessarily correct so I do need more information on the other PAGA claim immediately.  Please get that to me today.  I needed it Monday but I did not receive it.

Should you have any questions regarding this matter, please do not hesitate to contact the undersigned. Your continuous courtesy and cooperation is dearly appreciated.

Regards,
Jessica Gomez
Attorney at Law
LAW OFFICES OF RAMIN R. YOUNESSI
A PROFESSIONAL LAW CORPORATION
3435 Wilshire Blvd. Suite 2200
Los Angeles, California 90010
(213) 480-6200 Telephone
(213) 480-6201 Facsimile
jgomez@younessilaw.com



This e-mail, and any documents which may accompany it, is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521. It contains information from the Law Offices of Ramin R. Younessi, A Professional Law Corporation, and is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential or otherwise exempt from disclosure.

If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, any disclosure, dissemination, distribution copying or other use of this communication or its substance is prohibited and may be illegal. If you have received this communication in error, please notify the sender by email or call us collect to arrange for the destruction of the communication or its return to us at our expense. Thank you.

IRS CIRCULAR 230 NOTICE. Pursuant to requirements related to practice before the Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the United States Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.

**From:** Bicknell, Mariam <mariam.bicknell@ogletree.com>
**Sent:** Monday, December 7, 2020 9:54 AM
**To:** Jessica Gomez <JGomez@younessilaw.com>; Liliuokalani Martin <LMartin@younessilaw.com>
**Cc:** Lovell, Mark F. <mark.lovell@ogletreedeakins.com>; DonJuan, Alba <alba.donjuan@ogletreedeakins.com>; Vo, Diane <Diane.Vo@ogletreedeakins.com>
**Subject:** Edgar Trujillo v. Airport Terminal Services [ODNSS-OGL.016741.000044]

Hi Jessica:

Thank you for the meet and confer call last Friday regarding ATS's responses
to Plaintiff's written discovery requests. I write to confirm our conversation
and the agreements we reached o regarding the written discovery requests
specific to Plaintiff and his individual causes of action:

ROGs 1 -2: We will provide supplemental responses to these interrogatories.
Although we did not discuss the timing for our supplemental response, we
are requesting 3 weeks (until December 28, 2020) to provide the
supplemental responses. Please let me know if you are amenable.

ROGs 3 – 9: In addition to producing the responsive documents pursuant to
FRCP Rule 33(d), we have provided substantive responses. Thus, we will not
be serving supplemental responses to these interrogatories. I
disagree.  Interrogatories Nos. 3-9 ask Defendant's about its contentions
about Plaintiff's claims.  Asking our office to interpret non-responsive
documents is not the same thing as stating Defendant's contention.  You
indicated that Defendants would file a motion for summary judgment.  If it is
your contention that Plaintiff was not misclassified, and received his meal
and rest breaks please do what the interrogatory asks you to do and describe
in detail that position, including witnesses and documents.  Defendant
cannot force our office to speculate as to its position and wait for summary
judgment to see your position.   In an effort to work this out with Defendants,
I will define the term DESCRIBE as to provide all relevant details and facts
(including dates, times, participants, and regarding the subject matter
referenced in the inquiry including descriptions of all substantive
details).  Accordingly, please revise your response.

ROGs 10 – 13: These interrogatories relate to the PAGA class. As you stated in
your meet and confer correspondence, and as we discussed, the parties are
still working out the information related to the PAGA class and its scope.
Thus, we will not provide supplemental responses at this time. We will,
however, continue to diligently work on ironing out the PAGA issues as
expeditiously as we can.   Please see my comment above, that is not what
was said.  You said that there was another PAGA claim that was being
finalized that you represented overlapped Plaintiff's PAGA claims.  We need
that information today.

4

RFP No. 5: We discussed limiting this request in scope and time. You agreed to define "job duties" in an effort to narrow the scope of the request. Additionally, I proposed limiting the time frame to the period of time Plaintiff was an exempt employee. You stated that you would need to think about that time limitation and will get back to me. We will have three weeks to provide a response to your revised/defined request from the date we receive the revised request from you. We cannot agree to limit the scope to just when he was an exempt employee.  We will agree to limit the scope for 4 years or to 2015.  With respect to the term job duties I will define job duties as the work performed by Plaintiff attributed to his position and or directed to perform by his supervisors.

RFP Nos. 47 and 48: We discussed limiting these requests in scope and time. You agreed to provide us with revised requests limiting them in time and scope. We will have three weeks to provide a response from the date we receive the revised requests from you.  I will limit 47 to Plaintiff's claims, I do want limit my self to at this point to any individuals because they have not yet been identified in discovery.  I understand that some of these names have been released in the initial disclosures and joint statements but at this point in time would prefer a more broad search.  With respect to 48- I am seeking any documents relating to any benefits provided to Plaintiff as a result of his employment.

RFP No. 49: We have provided a response to this request. Thus, this is moot.

RFP Nos. 61 and 65: We will stand on our objections to these requests.  We will need to move forward with the joint statement on this to prepare to magistrate judge.  I don't see how the organizational chart and your clock in-clock out system (which I have already agreed to limit to the policies and Plaintiff's clock in/clock) is privileged.

Privilege Log: As we discussed, we have not withheld any documents on the grounds of attorney-client privilege or attorney work product doctrine, other than our office's communications with our client, which does not require a privilege log. Accordingly, we will not be serving a privilege log.  I will ask that you remove the privilege language in the RFP.  There is a lot going on here, with respect to the work product, I have already sent you the case law on

what is considered attorney work product which is why I will need to see a privilege log to see if there is anything we truly to move to compel on.

Finally, I agreed to inquire from our client whether they have in their possession, custody, or control any clock in-clock out records for Plaintiff during the relevant statutory period and to the extent Plaintiff was a non-exempt employee during that time period. I agreed to provide you with a response, and the responsive documents to the extent any exist, within three weeks from Friday. You agreed to that deadline. However, since that deadline falls on the Christmas Holiday, the deadline would be extended to December 28, 2020. Thanks.

Thank you.
Mariam


**Mariam Bicknell | Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**
Park Tower, 695 Town Center Drive, Fifteenth Floor | Costa Mesa, CA 92626 |
Telephone: 714-800-7938 | Fax: 714-754-1298
mariam.bicknell@ogletree.com | www.ogletree.com | Bio

*This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information. If you are not the proper recipient, please notify the sender immediately and delete this message. Any unauthorized review, copying, or use of this message is prohibited.*

*This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information. If you are not the proper recipient, please notify the sender immediately and delete this message. Any unauthorized review, copying, or use of this message is prohibited.*

# Exhibit 5

or other use of this communication or its substance is prohibited and may be illegal. If you have received this communication in error, please notify the sender by email or call us collect to arrange for the destruction of the communication or its return to us at our expense. Thank you.

IRS CIRCULAR 230 NOTICE. Pursuant to requirements related to practice before the Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the United States Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.

---

**From:** Jessica Gomez
**Sent:** Wednesday, January 13, 2021 8:41 AM
**To:** 'Bicknell, Mariam' <mariam.bicknell@ogletree.com>
**Cc:** Liliuokalani Martin <LMartin@younessilaw.com>; Gannon Del Fierro <GFierro@younessilaw.com>; Lovell, Mark F. <mark.lovell@ogletreedeakins.com>
**Subject:** RE: Trujillo v. ATS: Plaintiff's written position to Defendant's discovery [ODNSS-OGL.016741.000044]

Counsel – I will get you supplemental responses for Plaintiff by Tuesday, January 19, 2021.

In light of our conversation yesterday I would like to start at least considering names for mediation sometime in June and would like to propose Eve Wagner.

Ms. Wagner has limited availability on June 11 and 25, which should give our office plenty of time to resolve discovery/PAGA issues. If you want something sooner, let me know. I am also open to your mediator names as well. Thank you.

Should you have any questions regarding this matter, please do not hesitate to contact the undersigned. Your continuous courtesy and cooperation is dearly appreciated.

Regards,

Jessica Gomez

Attorney at Law

LAW OFFICES OF RAMIN R. YOUNESSI

A PROFESSIONAL LAW CORPORATION

3435 Wilshire Blvd. Suite 2200

Los Angeles, California 90010

(213) 480-6200 Telephone

(213) 480-6201 Facsimile

jgomez@younessilaw.com



_____

This e-mail, and any documents which may accompany it, is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521. It contains information from the Law Offices of Ramin R. Younessi, A Professional Law Corporation, and is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential or otherwise exempt from disclosure.

If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, any disclosure, dissemination, distribution copying or other use of this communication or its substance is prohibited and may be illegal. If you have received this communication in error, please notify the sender by email or call us collect to arrange for the destruction of the communication or its return to us at our expense. Thank you.

IRS CIRCULAR 230 NOTICE. Pursuant to requirements related to practice before the Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed

Exhibit 6

# Jessica Gomez

| | |
|---|---|
| **From:** | Jessica Gomez |
| **Sent:** | Tuesday, February 2, 2021 11:24 AM |
| **To:** | 'Bicknell, Mariam' |
| **Cc:** | Liliuokalani Martin; Gannon Del Fierro; 'Lovell, Mark F.' |
| **Subject:** | RE: Trujillo v. ATS:  Plaintiff's written position to Defendant's discovery [ODNSS-OGL.016741.000044] |

Hi Mariam – This matter as well.  Thanks.

Should you have any questions regarding this matter, please do not hesitate to contact the undersigned. Your continuous courtesy and cooperation is dearly appreciated.

Regards,
Jessica Gomez
Attorney at Law
LAW OFFICES OF RAMIN R. YOUNESSI
A PROFESSIONAL LAW CORPORATION
3435 Wilshire Blvd. Suite 2200
Los Angeles, California 90010
(213) 480-6200 Telephone
(213) 480-6201 Facsimile
jgomez@younessilaw.com



This e-mail, and any documents which may accompany it, is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521. It

contains information from the Law Offices of Ramin R. Younessi, A Professional Law Corporation, and is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential or otherwise exempt from disclosure.

If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, any disclosure, dissemination, distribution copying or other use of this communication or its substance is prohibited and may be illegal. If you have received this communication in error, please notify the sender by email or call us collect to arrange for the destruction of the communication or its return to us at our expense. Thank you.

IRS CIRCULAR 230 NOTICE. Pursuant to requirements related to practice before the Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the United States Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.

---

**From:** Jessica Gomez
**Sent:** Friday, January 29, 2021 8:45 AM
**To:** 'Bicknell, Mariam' <mariam.bicknell@ogletree.com>
**Cc:** Liliuokalani Martin <LMartin@younessilaw.com>; Gannon Del Fierro <GFierro@younessilaw.com>; 'Lovell, Mark F.' <mark.lovell@ogletreedeakins.com>
**Subject:** RE: Trujillo v. ATS: Plaintiff's written position to Defendant's discovery [ODNSS-OGL.016741.000044]

Hi Mariam and Mark,

I would like to open discussions on this again and see if we can agree to a mediator and start to select dates for this matter.  Please let me know if that is something you are open to?  I proposed Eve Wagner but her availability is limited and seems only open in the fall.  Please let me know.  I would like to get this matter moving along.  Thanks.

2

Have a happy Friday.

Should you have any questions regarding this matter, please do not hesitate to contact the undersigned. Your continuous courtesy and cooperation is dearly appreciated.

Regards,
Jessica Gomez
Attorney at Law
LAW OFFICES OF RAMIN R. YOUNESSI
A PROFESSIONAL LAW CORPORATION
3435 Wilshire Blvd. Suite 2200
Los Angeles, California 90010
(213) 480-6200 Telephone
(213) 480-6201 Facsimile
jgomez@younessilaw.com



This e-mail, and any documents which may accompany it, is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521. It contains information from the Law Offices of Ramin R. Younessi, A Professional Law Corporation, and is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential or otherwise exempt from disclosure.
If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, any disclosure, dissemination, distribution copying or other use of this communication or its substance is prohibited and may be illegal. If you have received this communication in error, please notify the sender by email or call us collect to arrange for the

Exhibit 7

# Jessica Gomez

| From: | Jessica Gomez |
| --- | --- |
| Sent: | Thursday, February 4, 2021 9:13 AM |
| To: | 'Bicknell, Mariam' |
| Cc: | Liliuokalani Martin; Gannon Del Fierro; Lovell, Mark F. |
| Subject: | RE: Trujillo v. ATS:  Plaintiff's written position to Defendant's discovery [ODNSS-OGL.016741.000044] |

Mariam – The parties have been ordered to attend settlement/mediation by April 5, 2021.  We are well behind that and need to move on this and haven't even agreed to a mediator.   We cannot disobey a court order based on a proposed scope.   Moreover, if your only grounds is the case you cited, that would not eliminate any of Plaintiff's PAGA claims.   Please advise.  We have already proposed Eve Wagner but she is completely booked for all of March.  Lets move on this so we are not in violation of a court order.

Should you have any questions regarding this matter, please do not hesitate to contact the undersigned. Your continuous courtesy and cooperation is dearly appreciated.

Regards,
Jessica Gomez
Attorney at Law
LAW OFFICES OF RAMIN R. YOUNESSI
A PROFESSIONAL LAW CORPORATION
3435 Wilshire Blvd. Suite 2200
Los Angeles, California 90010
(213) 480-6200 Telephone
(213) 480-6201 Facsimile
jgomez@younessilaw.com



This e-mail, and any documents which may accompany it, is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521. It contains information from the Law Offices of Ramin R. Younessi, A Professional Law Corporation, and is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential or otherwise exempt from disclosure.

If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, any disclosure, dissemination, distribution copying or other use of this communication or its substance is prohibited and may be illegal. If you have received this communication in error, please notify the sender by email or call us collect to arrange for the destruction of the communication or its return to us at our expense. Thank you.

IRS CIRCULAR 230 NOTICE. Pursuant to requirements related to practice before the Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the United States Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.

**From:** Bicknell, Mariam <mariam.bicknell@ogletree.com>
**Sent:** Tuesday, February 2, 2021 2:16 PM
**To:** Jessica Gomez <JGomez@younessilaw.com>
**Cc:** Liliuokalani Martin <LMartin@younessilaw.com>; Gannon Del Fierro <GFierro@younessilaw.com>; Lovell, Mark F. <mark.lovell@ogletreedeakins.com>
**Subject:** RE: Trujillo v. ATS: Plaintiff's written position to Defendant's discovery [ODNSS-OGL.016741.000044]

Hi Jessica:

Per our discussion during our last conference call, you indicated that the mediation would involve plaintiff's individual claims and for the PAGA claim, you indicated you would narrow the scope of the PAGA claim to California employees who held or currently hold the same position as plaintiff during the relevant statutory period (instead of all exempt and non-exempt California employees you had previously represented you would pursue for the PAGA claim.)

We need confirmation from you for the scope of the mediation before we can get our client's authorization to proceed with the proposed mediation. Thus, please confirm you are agreeable to the above so that we may proceed accordingly.

Thank you,
Mariam


**Mariam Bicknell | Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**
Park Tower, 695 Town Center Drive, Fifteenth Floor | Costa Mesa, CA 92626 | Telephone: 714-800-7938 | Fax: 714-754-1298
mariam.bicknell@ogletree.com | www.ogletree.com | Bio

---

**From:** Jessica Gomez <JGomez@younessilaw.com>
**Sent:** Tuesday, February 2, 2021 11:25 AM
**To:** Bicknell, Mariam <Mariam.Bicknell@ogletreedeakins.com>
**Cc:** Liliuokalani Martin <LMartin@younessilaw.com>; Gannon Del Fierro <GFierro@younessilaw.com>; Lovell, Mark F. <mark.lovell@ogletreedeakins.com>
**Subject:** RE: Trujillo v. ATS: Plaintiff's written position to Defendant's discovery [ODNSS-OGL.016741.000044]

> [Caution: Email received from external source]

---

Hi Mariam – This matter as well.  Thanks.

Should you have any questions regarding this matter, please do not hesitate to contact the undersigned. Your continuous courtesy and cooperation is dearly appreciated.

Regards,
Jessica Gomez
Attorney at Law
LAW OFFICES OF RAMIN R. YOUNESSI
A PROFESSIONAL LAW CORPORATION
3435 Wilshire Blvd. Suite 2200
Los Angeles, California 90010
(213) 480-6200 Telephone
(213) 480-6201 Facsimile
jgomez@younessilaw.com



This e-mail, and any documents which may accompany it, is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521. It contains information from the Law Offices of Ramin R. Younessi, A Professional Law Corporation, and is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential or otherwise exempt from disclosure.
If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, any disclosure, dissemination, distribution copying or other use of this communication or its substance is prohibited and may be illegal. If you have received this communication in error, please notify the sender by email or call us collect to arrange for the destruction of the communication or its return to us at our expense. Thank you.

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy described as **DECLARATION OF JESSICA P. GOMEZ IN RESPONSE TO THE ORDER TO SHOW CAUSE** was on April 16, 2021, served upon counsel of record below electronically by the Court's Case Management System:

Mark F. Lovell                                    *Attorney for Defendant*
mark.lovell@ogletree.com
Shera Y. Kwak
shera.kwak@ogletree.com
Graham M. Hoerauf,
graham.hoerauf@ogletree.com
OGLETREE, DEAKINS
SMOAK & STEWART, P.C.
Park Tower, Fifteenth Floor
695 Town Center Drive
Costa Mesa, CA 92626


☒    BY NOTICE OF ELECTRONIC FILING: The above-listed counsel have consented to electronic service and have been automatically served by the Notice of Electronic Filing automatically generated by CM/ECF at the time said document was filed and which constitutes service pursuant to FRCP 5(b)(2)(D).


Executed on April 16, 2021, at Newport Beach, California.

By:  /s/ Gannon del Fierro__