Mark F. Lovell CA Bar No. 246652
mark.lovell@ogletree.com
Graham M. Hoerauf CA Bar No. 307649
graham.hoerauf@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Park Tower, Fifteenth Floor
695 Town Center Drive
Costa Mesa, CA  92626
Telephone:   714-800-7900
Facsimile:    714-754-1298

Attorneys for Defendant
AIRPORT TERMINAL SERVICES, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| EDGAR TRUJILLO,<br><br>            Plaintiff,<br><br>    v.<br><br>AIRPORT TERMINAL SERVICES, INC., a Missouri corporation; and DOES 1 through 20, inclusive,<br><br>            Defendants. | Case No. 2:20-cv-05008-JFW-KS<br><br>**DECLARATION OF GRAHAM HOERAUF IN SUPPORT OF STIPULATION OF PARTIES TO CONTINUE TRIAL AND RELATED DEADLINES**<br><br>Complaint Filed:  April 3, 2020<br>Trial Date:          August 31, 2021<br>District Judge:    Hon. John F. Walter<br>Magistrate Judge: Hon. Karen L. Stevenson |

46985271_1.docx

1

## DECLARATION OF GRAHAM HOERAUF

2      I, Graham Hoerauf, pursuant to 28 U.S.C. § 1746, hereby declare and state as

3  follows:

4      1.  I am an attorney with the law firm of Ogletree, Deakins, Nash, Smoak &

5  Stewart, P.C., counsel of record for Defendant Airport Terminal Services, Inc.

6  ("Defendant") in this action. I have personal knowledge of the matters set forth in this

7  Declaration.

8      2.  I submit this declaration in support of the Stipulation of the Parties to

9  Continue Trial and Related Deadlines filed jointly by Defendant and Plaintiff Edgar

10  Trujillo ("Trujillo") (collectively with Defendant, the "Parties").

11      3.  Since the filing of the present action, the Parties have worked diligently

12  to complete all of the depositions, discovery, and mediation in this matter prior to the

13  applicable cut-off date(s).

14      4.  The Parties have scheduled a mediation for July 15, 2021 with Hon.

15  Richard Stone (Ret.), Esq. of Signature Resolution, in an attempt to resolve this matter.

16  This is the earliest available date.

17      5.  The Parties desire to complete the private mediation session scheduled

18  for July 15, 2021 prior to trial and sufficiently in advance of trial to avoid having to

19  engage in costly trial preparation while settlement at the scheduled mediation remains

20  a possibility.

21      6.  Defendant noticed Plaintiff's deposition for August 2020, which due to

22  uncertainty regarding the scope of Plaintiff's claims, including his PAGA claims,

23  based on an overlapping lawsuit that was pending settlement, COVID and scheduling

24  conflicts will now go forward on May 14, 2021.

25      7.  Plaintiff's counsel has expressed to me that she intends to notice the

26  deposition of ATS' 30(b)(6) Deposition after the Parties agree upon the scope of

27  topics, and has asked for deposition dates for two additional witnesses in their

28

46985271_1.docx

1

Case No. 2:20-cv-05008-JFW-KS

DECLARATION OF GRAHAM HOERAUF IN SUPPORT OF STIPULATION
OF PARTIES TO CONTINUE TRIAL AND RELATED DEADLINES

1  individual capacities.  I have informed the Plaintiff that those individuals will not be

2  available for another 30-60 days.

3         8. The Parties have both issued and responded to extensive written

4  discovery and provided supplemental responses.

5         9.  The Parties continued to engage in good faith meet and confer discussions

6  to see if they could agree on the scope of this matter in light of an earlier filed action

7  that included overlapping claims, including PAGA claims, that has since settled and

8  the settlement is pending court approval.  During the time the Parties were discussing

9  the proper scope, the parties did not conduct depositions or mediation in an attempt to

10  save on expenses, with the hope that the Parties would reach an agreement.

11         10. The Parties have now agreed the scope of the action is limited to

12  Plaintiff's individual claims and PAGA representative claims on behalf of Ramp

13  Manager employees classified as exempt.

14         11. The Parties have agreed to utilize a *Belaire-West* notice procedure to be

15  circulated to the Ramp Manager employees prior to their contact information being

16  provided to Plaintiff's counsel.

17         12. The Parties have agreed to use CPT as the Notice Administrator.

18         13. The Parties are finalizing the language of the notice and anticipate

19  submitting the list of allegedly aggrieved employees to the Notice Administration no

20  later than May 14, 2021.

21         14.  I received supplemental discovery responses from Plaintiff on April 28,

22  2021, and through meet and confer Plaintiff's counsel represented that Plaintiff is no

23  longer in possession of certain phone records and text messages that will need to be

24  subpoenaed from third party witnesses, including Plaintiff's cell phone providers.

25  Plaintiff's counsel claims they have produced all documents currently available and

26  thus Defendant was not previously aware of the lack of availability of these records

27  until April 28, 2021. Plaintiff objects to a wholesale release of the records on privacy

28

46985271_1.docx

2

DECLARATION OF GRAHAM HOERAUF IN SUPPORT OF STIPULATION
OF PARTIES TO CONTINUE TRIAL AND RELATED DEADLINES

grounds.  The Parties are meeting and conferring regarding the proper scope of any subpoena.

15. The Parties will diligently cooperate in completion of any subpoenas and noticing the deposition of third party witness as needed to take place by August 2021.

16. The Parties will be unable to complete the all depositions and potential subpoenas prior to the current June 1, 2021 discovery cut-off.

17. In light of the uncertainty regarding the scope of Plaintiff's claims, the COVID-19 pandemic and the restrictions that the parties had in scheduling and conducting depositions from March to November of 2020, the parties were forced to delay with depositions.

18. A 90-day trial continuance, and continuance of all trial-related deadlines, will allow the parties the opportunity to conduct all necessary depositions and complete discovery in advance of trial, as well as allowing sufficient time following mediation to adequately prepare for trial.

19. The parties agreed that the aforementioned events and issues constitute good cause to continue the trial and trial related deadlines and that neither party will be prejudiced by the requested continuance

20.    The Parties have not previously requested any continuance of the trial or deadlines in this matter due to the challenges and restrictions caused by the COVID-19 pandemic and to allow the Parties to complete the scheduled mediation.

21.    The Parties have agreed to, and hereby request the Court, to continue the Trial and Trial Related Deadlines, as set forth below:

| | | |
|---|---|---|
| a. | Discovery Cut-Off: | August 30, 2021 |
| b. | Motion Hearing Cut-off: | September 12, 2021 |
| c. | Pre-Trial Conference Order, | October 27, 2021 |
| | Motions in Limine, Witness Summary, | |
| | Status Report re Settlement; | |
| | Jury Instruction and Verdict Forms, | |

46985271_1.docx

3

Case No. 2:20-cv-05008-JFW-KS

DECLARATION OF GRAHAM HOERAUF IN SUPPORT OF STIPULATION
OF PARTIES TO CONTINUE TRIAL AND RELATED DEADLINES

1    Joint Statement of Disputed Instructions,

2    Verdicts Etc.:

3    d.    Hearing on Motions in Limine,

4    Disputed Jury Instructions:                    November 18, 2021

5    e.    Pre-Trial Conference:                    November 18, 2021

6    f.    Trial (3 days):                          November 29, 2021

7

8    I declare under penalty of perjury under the laws of the United States of America

9    and the State of California that the foregoing is true and correct.

10   Executed on May 6, 2021, at Lake Arrowhead, California.

11

12                                    /s/ Graham M. Hoerauf
                                      Graham M. Hoerauf
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27   46985271_1.docx

28

Case No. 2:20-cv-05008-JFW-KS
DECLARATION OF GRAHAM HOERAUF IN SUPPORT OF STIPULATION
OF PARTIES TO CONTINUE TRIAL AND RELATED DEADLINES

**PROOF OF SERVICE**
*Edgar Trujillo v. Airport Terminal Services, Inc., et al.*
Case No. 2:20-cv-05008-JFW-KS

I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which this service is made.  At all times herein mentioned I have been employed in the County of Orange in the office of a member of the bar of this court at whose direction the service was made.  My business address is 695 Town Center Drive, Suite 1500, Costa Mesa, CA  92626.

On May 6, 2021, I served the following document(s):

**DECLARATION OF GRAHAM HOERAUF IN SUPPORT OF STIPULATION OF PARTIES TO CONTINUE TRIAL AND RELATED DEADLINES**

by placing ☐ (the original) ☒ (a true copy thereof) in a sealed envelope addressed as follows:

☐   **BY MAIL:**  I placed the envelope for collection and mailing, following our ordinary business practices.  I am readily familiar with the practice of Ogletree, Deakins, Nash, Smoak & Stewart P.C.'s practice for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☐   **BY MAIL:**  I deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid at Park Tower, Fifteenth Floor, 695 Town Center Drive, Costa Mesa, CA 92626.

☐   **BY OVERNIGHT DELIVERY:**  I placed the sealed envelope(s) or package(s) designated by the express service carrier for collection and overnight delivery by following the ordinary business practices of Ogletree, Deakins, Nash, Smoak & Stewart P.C., Costa Mesa, California.  I am readily familiar with Ogletree, Deakins, Nash, Smoak & Stewart P.C.'s practice for collecting and processing of correspondence for overnight delivery, said practice being that, in the ordinary course of business, correspondence for overnight delivery is deposited with delivery fees paid or provided for at the carrier's express service offices for next-day delivery.

☐   **BY MESSENGER SERVICE:** (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

☐   **BY FACSIMILE:** by transmitting a facsimile transmission a copy of said document(s) to the following addressee(s) at the following number(s), in accordance with:

☐      the written confirmation of counsel in this action:
☐      [Federal Court] the written confirmation of counsel in this action and order of the court:

5

Case No. 2:20-cv-05008-JFW-KS

DECLARATION OF GRAHAM HOERAUF IN SUPPORT OF STIPULATION OF PARTIES TO CONTINUE TRIAL AND RELATED DEADLINES

46985271_1.docx

1    ☒    **BY CM/ECF:** With the Clerk of the United States District Court of California, using the CM/ECF System.  The Court's CM/ECF System will send an e-mail notification of the foregoing filing to the parties and counsel of record who are registered with the Court's CM/ECF System.

2

3

4    ☒    **(Federal)**    I declare that I am employed in the office of a member of the State Bar of this Court at whose direction the service was made.  I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

5

6    ☐    **(Federal)**    I declare that I am a **member** of the State Bar of this Court at whose direction the service was made.  I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

7

8

9    I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

10

11    Executed on May 6, 2021, at San Diego, California.

12    _Pamela Blanton_

    _____
    Pamela Blanton

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27    46985271_1.docx

28

DECLARATION OF GRAHAM HOERAUF IN SUPPORT OF STIPULATION
OF PARTIES TO CONTINUE TRIAL AND RELATED DEADLINES

1

## SERVICE LIST

2

3    Ramin R. Younessi, Esq.                          Attorneys for Plaintiff Edgar Trujillo
     Liliuokalani H. Martin, Esq.
4    Jessica P. Gomez, Esq.
     LAW OFFICES OF RAMIN R. YOUNESSI
5    A PROFESSIONAL LAW CORPORATION
     3435 Wilshire Blvd., Suite 2200
6    Los Angeles, CA  90010
     Telephone:  213-480-6200
7    Facsimile:    213-4806201
     ryounessi@younessilaw.com
8    lmartin@younessilaw.com
     jgomez@younessilaw.com

9

10                                                                                    46985271.1

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

28

DECLARATION OF GRAHAM HOERAUF IN SUPPORT OF STIPULATION
OF PARTIES TO CONTINUE TRIAL AND RELATED DEADLINES