Mark F. Lovell CA Bar No. 246652
mark.lovell@ogletree.com
Graham M. Hoerauf CA Bar No. 307649
graham.hoerauf@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Park Tower, Fifteenth Floor
695 Town Center Drive
Costa Mesa, CA 92626
Telephone: 714-800-7900
Facsimile: 714-754-1298

Attorneys for Defendant
AIRPORT TERMINAL SERVICES, INC.

**DENIED**
BY ORDER OF THE COURT
NO SHOWING OF GOOD CAUSE

5/7/2021

*/s/ John F. Walter/*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| EDGAR TRUJILLO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>AIRPORT TERMINAL SERVICES, INC., a Missouri corporation; and DOES 1 through 20, inclusive,<br><br>　　　　Defendants. | Case No. 2:20-cv-05008-JFW-KS<br><br>**[PROPOSED] ORDER RE: STIPULATION OF PARTIES TO CONTINUE TRIAL AND RELATED DEADLINES**<br><br>[*Concurrently filed with Stipulation; Declaration of Mark Graham Hoerauf*]<br><br>Complaint Filed: April 3, 2020<br>Trial Date: August 31, 2021<br>District Judge: Hon. John F. Walter<br>Magistrate Judge: Hon. Karen L. Stevenson |

# [PROPOSED] ORDER

Having considered Defendant Airport Terminal Services, Inc. and Plaintiff Edgar Trujillo's Stipulation to Continue Trial and Related Deadlines, and good cause appearing, it is hereby ORDERED that the existing trial related deadlines specified in this Court's Scheduling and Case Management Order (Doc. No. 20) are hereby vacated and the following new trial related deadlines are now controlling in this matter:

| | | |
|---|---|---|
| a. | Discovery Cut-Off: | August 30, 2021 |
| b. | Motion Hearing Cut-off: | September 12, 2021 |
| c. | Pre-Trial Conference Order, Motions in Limine, Witness Summary, Status Report re Settlement; Jury Instruction and Verdict Forms, Joint Statement of Disputed Instructions, Verdicts Etc.: | October 27, 2021 |
| d. | Hearing on Motions in Limine, Disputed Jury Instructions: | November 18, 2021 |
| e. | Pre-Trial Conference: | November 18, 2021 |
| f. | Trial (3 days): | November 29, 2021 |

**IT IS SO ORDERED.**

DATED:_____, 2021      **DENIED**
_____
Honorable John F. Walter
United States District Court Judge

Trujillo - Proposed Order re Stipulation

1                    Case No. 2:20-cv-05008-JFW-KS
[PROPOSED] ORDER RE: STIPULATION OF PARTIES TO CONTINUE TRIAL AND RELATED DEADLINES