Name and address:
Ramin R. Younessi, Esq. (SBN 175020)
Liliuokalani H. Martin, Esq. (SBN 292778)
Jessica P. Gomez, Esq. (SBN 309710)
Law Offices of Ramin R. Younessi, APLC
3435 Wilshire Boulevard, Suite 2200
Los Angeles, California 90010
Tel: (323) 777-7777, Facsimile: (213) 480-6201
Email: LMartin@younessilaw.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR TRUJILLO, an individual,<br><br>PLAINTIFF(S)<br>v.<br>AIRPORT TERMINAL SERVICES, INC. a Missouri corporation; and DOES 1 through 20, inclusive,<br><br>DEFENDANT(S) | CASE NUMBER:<br><br>2:20-cv-05008-JFW-KS<br><br>NOTICE OF APPEARANCE OR WITHDRAWAL OF COUNSEL |

## INSTRUCTIONS

*Appearance of Counsel*:

Attorneys may use this form to enter an appearance in a case, or to update the docket of a case to reflect a prior appearance. To do so, complete Sections I, II, and IV of this form, then file and serve the form in the case. (Using an attorney's CM/ECF login and password to file this form will expedite the addition of that attorney to the docket as counsel of record.)

*Withdrawal of Counsel*:

This form may be used to terminate an attorney's status as counsel of record for a party in three situations: (1) the attorney being terminated has already been relieved by the Court, but the docket does not yet reflect that fact; (2) at least one member of the attorney's firm or agency will continue to represent that party and the withdrawing attorney is not the only member of the Bar of this Court representing that party; or (3) the represented party has been dismissed from the case, but the attorneys are still receiving notices of electronic filing. For any of these situations, complete Sections I, III, and IV of this form, then file and serve the form in the case.

**Note:** In situations not covered above, attorneys seeking to withdraw from a case must first obtain permission from the Court. In such circumstances, attorneys should complete and file a "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01) rather than this "Notice of Appearance or Withdrawal of Counsel" (Form G-123). See Form G-01 for further information.

**SECTION I - IDENTIFYING INFORMATION**

*Please complete the following information for the attorney you wish to add or remove (if removing an attorney, provide the information as it currently appears on the docket; if appearing pro hac vice, enter "PHV" in the field for "CA Bar Number"):*

Name: Sara E. Brown, Esq.                           CA Bar Number: 325763
Firm or agency: Law Offices of Ramin R. Younessi, APLC
Address: 3435 Wilshire Boulevard, Suite 2200
Telephone Number: (323) 777-7777                    Fax Number: (213) 480-6201
Email: LMartin@younessilaw.com
Counsel of record for the following party or parties: Plaintiff, Edgar Trujillo

## SECTION II - TO ADD AN ATTORNEY TO THE DOCKET

*Please select one of the following options:*

☐ The attorney listed above has already appeared as counsel of record in this case and should have been added to the docket. The date of the attorney's first appearance in this case: _____ .

☒ The filing of this form constitutes the first appearance in this case of the attorney listed above. Other members of this attorney's firm or agency have previously appeared in the case.

☐ The filing of this form constitutes the first appearance in this case of the attorney listed above. No other members of this attorney's firm or agency have previously appeared in the case.

☐ By order of the court dated _____ in case number _____ (see attached copy), the attorney listed above may appear in this case without applying for admission to practice *pro hac vice*.

☐ This case was transferred to this district by the Judicial Panel on Multidistrict Litigation ("JPML") pursuant to 28 U.S.C. § 1407 from the _____ District of _____, where it was assigned case number _____. The attorney listed above is counsel of record in this case in the transferee district, and is permitted by the rules of the JPML to continue to represent his or her client in this district without applying for admission to practice *pro hac vice* and without the appointment of local counsel.

☐ On _____, the attorney listed above was granted permission to appear in this case *pro hac vice* before the Bankruptcy Court, and L.Bankr.R. 8 authorizes the continuation of that representation in this case before the District Court.

*In addition, if this is a criminal case, please check the applicable box below. The attorney listed above is:*

☐ USAO   ☐ FPDO   ☐ CJA Appointment   ☐ Pro Bono   ☐ Retained

## SECTION III - TO REMOVE AN ATTORNEY FROM THE DOCKET

***Notices of Electronic Filing will be terminated***. *Please select one of the following options:*

☐ The attorney named above has already been relieved by the Court as counsel of record in this case and should have been removed from the docket. Date of the order relieving this attorney: _____.

☐ Please remove the attorney named above from the docket of this case; at least one member of the firm or agency named above, and at least one member of the Bar of this Court, will continue to serve as counsel of record for the party or parties indicated.

*(Note: if you are removing yourself from the docket of this case as a result of separating from a firm or agency, you should consult Local Rules 5-4.8.1 and 83-2.4 and Form G-06 ("Notice of Change of Attorney Business or Contact Information"), concerning your obligations to notify the Clerk and parties of changes in your business or contact information.)*

☐ The represented party has been dismissed from the case, but the attorneys are still receiving notices of electronic filing. Date party was dismissed: _____.

☐ The attorney named above was appointed on appeal and the appeal has been adjudicated. Date the mandate was filed: _____.

## SECTION IV - SIGNATURE

I request that the Clerk update the docket as indicated above.

Date: 05/18/2021

Signature: /s/ Sara E. Brown

Name: Sara E. Brown, Esq.

Ramin R. Younessi (SBN 175020)
E-mail: ryounessi@younessilaw.com
Liliuokalani H. Martin, Esq. (SBN 292778)
E-mail: lmartin@younessilaw.com
Jessica P. Gomez, Esq. (SBN 309710)
E-mail: jgomez@younessilaw.com
Sara E. Brown, Esq. (SBN 325763)
E-mail: Sbrown@younessilaw.com
**LAW OFFICES OF RAMIN R. YOUNESSI**
**A PROFESSIONAL LAW CORPORATION**
3435 Wilshire Blvd. Suite 2200
Los Angeles, CA 90010
Telephone: (213) 480-6200
Facsimile: (213) 480-6201

Attorneys for Plaintiff,
EDGAR TRUJILLO

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| EDGAR TRUJILLO, an individual,<br><br>    Plaintiff,<br>v.<br><br>AIRPORT TERMINAL SERVICES, INC. a Missouri corporation; and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No.: 2:20-cv-05008-JFW-KS<br><br>*Assigned for all purposes to Honorable Cormac J. Carney*<br><br>**PROOF OF SERVICE**<br><br>Action filed:  April 04, 2020<br>Trial Date:  August 31, 2021 |

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 3435 Wilshire Boulevard, Suite 2200, Los Angeles, California 90010.

On May 18, 2021, I served the foregoing document described on the attached **NOTICE OF APPEARANCE OR WITHDRAWAL OF COUNSEL** on the interested parties in this action as follows:

☒ By emailing true copies addressed to each addressee as follows:

> Mark F. Lovell
> mark.lovell@ogletree.com
> Shera Y. Kwak
> shera.kwak@ogletree.com
> OGLETREE, DEAKINS
> SMOAK & STEWART, P.C.
> Park Tower, Fifteenth Floor
> 695 Town Center Drive
> Costa Mesa, CA 92626
> *Attorneys for Defendant(s)*

☒ BY ELECTRONIC TRANSMISSION - I transmitted a PDF version of this document by electronic mail to the party(s) identified on the attached service list using the e-mail address(es) indicated above. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.

Executed on May 18, 2021, at Los Angeles, California.

☒ STATE    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☐ FEDERAL    I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Laura Najera