UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  CV 20-5008-JFW-KS							Date: May 26, 2021

Title  *Edgar Trujillo v. Airport Terminal Services et al.*

Present: The Honorable:	Karen L. Stevenson, United States Magistrate Judge

| Gay Roberson | AT&T 05/26//2021 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Jessica Patrice Gomez | Graham Michael Hoerauf |
| | Mark Franklin Lovell |

**Proceedings:  MINUTES OF TELEPHONIC CONFERENCE RE: DISCOVERY DISPUTE**

Case called. The parties stated their appearances. The Court held a telephonic conference with counsel for Plaintiff and Defendants regarding the parties' disagreements about certain language for a proposed stipulated protective order.

After discussion with the Court, the parties resolved their issues concerning the disputed provisions. In  light of the impending fact discovery cut-off on June 1, 2021 and remaining depositions to be completed that may involve documents designated pursuant to the proposed protective order, the Court directed the parties to confer and immediately file the proposed protective order with the revisions agreed to during the conference for the Court's review.

Further, to the extent disputes arise rise before the discovery cut-off concerning the appropriate designation of documents pursuant to the Stipulated Protective Order, the parties shall promptly contact the Court to request a further discovery conference.

IT IS SO ORDERED.

: 25 mins

**Initials of Preparer**     gr