1  FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

2
   DATED:_____
3

4  _____
   The Honorable  Karen L. Stevenson
5  Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

F2225

EXHIBIT A
ACKNOWLEDGMENT AND AGREEMENT TO BE BOUND

I, _____ [print or type full name], of

_____ [print or type full address], declare under penalty of perjury

that I have read in its entirety and understand the Stipulated Protective Order that

was issued by the United States District Court for the Central District of California

on [date] in the case of *Edgar Trujillo v. Airport Terminal Services Case No. 2:20-*

*cv-05008-JFW-KS*. I agree to comply with and to be bound by all the terms of this

Stipulated Protective Order and I understand and acknowledge that failure to so

comply could expose me to sanctions and punishment in the nature of contempt. I

solemnly promise that I will not disclose in any manner any information or item that

is subject to this Stipulated Protective Order to any person or entity except in strict

compliance with the provisions of this Order.

I further agree to submit to the jurisdiction of the United States District Court for the

Central District of California for the purpose of enforcing the terms of this

Stipulated Protective Order, even if such enforcement proceedings occur after

termination of this action. I hereby appoint _____ [print

or type full name] of _____ [print or type

full address and telephone number] as my California agent for service of process in

connection with this action or any proceedings related to enforcement of this

Stipulated Protective Order.

Date: _____

City and State where sworn and signed: _____

Printed name: _____

Signature: _____

<u>**PROOF OF SERVICE**</u>

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

    I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 3435 Wilshire Boulevard, Suite 2200, Los Angeles, California 90010.

    On May 26, 2021, I served the foregoing document described on the attached **STIPULATION FOR PROTECTIVE ORDER** on the interested parties in this action as follows:

    ☒       By emailing true copies addressed to each addressee as follows:

Mark F. Lovell, Esq.
mark.lovell@ogletree.com
Graham M. Hoerauf, Esq.
graham.hoerauf@ogletree.com
**OGLETREE, DEAKINS, NASH,**
**SMOAK & STEWART, P.C.**
*Attorneys for Defendant*

☒     BY ELECTRONIC TRANSMISSION - I transmitted a PDF version of this document by electronic mail to the party(s) identified on the attached service list using the e-mail address(es) indicated above. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.

Executed on May 26, 2021, at Los Angeles, California.

    ☒     STATE     I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    ☐     FEDERAL     I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Laura Najera