# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA- WESTERN DIVISION

| | |
|---|---|
| EDGAR TRUJILLO, an individual,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>AIRPORT TERMINAL SERVICES, INC. a Missouri corporation; and DOES 1 through 20, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:20-cv-05008-JFW-KS<br><br>[Proposed] Order<br><br>State Complaint Filed: April 03, 2020<br>Trial Date: August 31, 2021<br>District Judge: Hon. John F. Walter<br>Magistrate Judge: Hon. Karen L. Stevenson |

　　　Upon a showing of good cause it is ordered:

The trial date shall be continued from August 31, 2021 to _____

The discovery cut off shall be continued from June 1, 2021 to _____

The last day for hearing motions shall be continued from June 14, 2021 to _____

The pretrial conference shall be continued from July 29, 2021 to _____

The pretrial conference shall be continued to August 13, 2021 to

The hearing on Motions in Limine shall be continued from August 20, 2021 to _____

_____

The Honorable John F. Walters

_____

Date

1  Ramin R. Younessi (SBN 175020)
   E-mail: ryounessi@younessilaw.com
2  Liliuokalani H. Martin, Esq. (SBN 292778)
   E-mail: lmartin@younessilaw.com
3  Jessica P. Gomez, Esq. (SBN 309710)
   E-mail: jgomez@younessilaw.com
4  Sara E. Brown, Esq. (SBN 325763)
   E-mail: Sbrown@younessilaw.com
5  **LAW OFFICES OF RAMIN R. YOUNESSI**
   **A PROFESSIONAL LAW CORPORATION**
6  3435 Wilshire Blvd. Suite 2200
   Los Angeles, CA 90010
7  Telephone: (213) 480-6200
   Facsimile: (213) 480-6201
8

   Attorneys for Plaintiff,
9  EDGAR TRUJILLO

10                 **UNITED STATES DISTRICT COURT**

11             **CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

12

13 | EDGAR TRUJILLO, an individual, | Case No.: 2:20-cv-05008-JFW-KS |
|---|---|
| Plaintiff, | |
| v. | **PROOF OF SERVICE** |
| AIRPORT TERMINAL SERVICES, INC. a Missouri corporation; and DOES 1 through 20, inclusive, | Action filed: April 03, 2020<br>Trial Date: August 31, 2021<br>District Judge: Hon. John F. Walter<br>Magistrate Judge: Hon. Karen L. Stevenson |
| Defendants. | |

-1-                                    2:20-cv-05008-JFW-KS

PROOF OF SERVICE

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 3435 Wilshire Boulevard, Suite 2200, Los Angeles, California 90010.

On May 27, 2021, I served the foregoing document described on the attached **DOCUMENT LIST** on the interested parties in this action as follows:

☒  By emailing true copies addressed to each addressee as follows:

Mark F. Lovell
mark.lovell@ogletree.com
Shera Y. Kwak
shera.kwak@ogletree.com
OGLETREE, DEAKINS
SMOAK & STEWART, P.C.
Park Tower, Fifteenth Floor
695 Town Center Drive
Costa Mesa, CA 92626
*Attorneys for Defendant(s)*

☒  BY ELECTRONIC TRANSMISSION - I transmitted a PDF version of this document by electronic mail to the party(s) identified on the attached service list using the e-mail address(es) indicated above. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.

Executed on May 27, 2021, at Los Angeles, California.

☒  STATE  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☐  FEDERAL  I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

|                    |                    |
|--------------------|--------------------|
| Laura Najera       | /S/ Laura Najera   |

DOCUMENT LIST

1. PLAINTIFF'S EX PARTE APPLICATION FOR RECONSIDERATION TO CONTINUE AND/OR REOPEN DISCOVERY AND TO CONTINUE THE TRIAL DATE

2. DECLARATION OF JESSICA P. GOMEZ IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION TO FOR RECONSIDERATION TO CONTINUE AND/OR REOPEN DISCOVERY AND TO CONTINUE THE TRIAL DATE

3. PROPOSED ORDER FOR RECONSIDERATION TO CONTINUE AND/OR REOPEN DISCOVERY AND TO CONTINUE THE TRIAL DATE