# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| EDGAR TRUJILLO,<br><br>　　　　Plaintiff,<br><br>v.<br><br>AIRPORT TERMINAL SERVICES, INC., a Missouri corporation; and DOES 1 through 20, inclusive,<br><br>　　　　Defendants. | Case No. 2:20-cv-05008-JFW-KS<br><br>**[PROPOSED] ORDER DENYING PLAINTIFF'S EX PARTE APPLICATION FOR RECONSIDERATION TO CONTINUE AND/OR REOPEN DISCOVERY AND TO CONTINUE THE TRIAL DATE**<br><br>Complaint Filed: April 3, 2020<br>Trial Date:　　August 31, 2021<br>District Judge:　Hon. John F. Walter<br>Magistrate Judge: Hon. Karen L. Stevenson |

47288280_1.docx

Case No. 2:20-cv-05008-JFW-KS
[PROPOSED]ORDER DENYING PLAINTIFF'S EX PARTE APPLICATION FOR RECONSIDERATION TO CONTINUE AND/OR REOPEN DISCOVERY AND TO CONTINUE THE TRIAL DATE

# [PROPOSED] ORDER

Having considered Plaintiff Edgar Trujillo's Plaintiff's Ex Parte Application for Reconsideration to Continue and/or Reopen Discover and Continue the Trial Date (the "Application") and Defendant Airport Terminal Services, Inc. opposition thereto, and good cause appearing, it is hereby ORDERED as follows:

1. The Application is DENIED.

**IT IS SO ORDERED.**

DATED: _____, 2021

_____
Honorable John F. Walter
United States District Court Judge

47288280_1.docx

# PROOF OF SERVICE
*Edgar Trujillo v. Airport Terminal Services, Inc., et al.*
Case No. 2:20-cv-05008-JFW-KS

I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which this service is made. At all times herein mentioned I have been employed in the County of Orange in the office of a member of the bar of this court at whose direction the service was made. My business address is 695 Town Center Drive, Suite 1500, Costa Mesa, CA 92626.

On May 28, 2021, I served the following document(s):

**[PROPOSED] ORDER DENYING PLAINTIFF'S EX PARTE APPLICATION FOR RECONSIDERATION TO CONTINUE AND/OR REOPEN DISCOVERY AND TO CONTINUE THE TRIAL DATE**

by placing ☐ (the original) ☒ (a true copy thereof) in a sealed envelope addressed as follows:

☐ **BY MAIL:** I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Ogletree, Deakins, Nash, Smoak & Stewart P.C.'s practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☐ **BY MAIL:** I deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid at Park Tower, Fifteenth Floor, 695 Town Center Drive, Costa Mesa, CA 92626.

☐ **BY OVERNIGHT DELIVERY:** I placed the sealed envelope(s) or package(s) designated by the express service carrier for collection and overnight delivery by following the ordinary business practices of Ogletree, Deakins, Nash, Smoak & Stewart P.C., Costa Mesa, California. I am readily familiar with Ogletree, Deakins, Nash, Smoak & Stewart P.C.'s practice for collecting and processing of correspondence for overnight delivery, said practice being that, in the ordinary course of business, correspondence for overnight delivery is deposited with delivery fees paid or provided for at the carrier's express service offices for next-day delivery.

☐ **BY MESSENGER SERVICE:** (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

☒ **BY FACSIMILE to (213) 480-6201:** by transmitting a facsimile transmission a copy of said document(s) to the following addressee(s) at the following number(s), in accordance with the Court's Standing Order (Document No. 10) and in accordance with:

☐   the written confirmation of counsel in this action:

47288280_1.docx

1   Case No. 2:20-cv-05008-JFW-KS
ORDER DENYING PLAINTIFF'S EX PARTE APPLICATION FOR RECONSIDERATION TO CONTINUE AND/OR REOPEN DISCOVERY AND TO CONTINUE THE TRIAL DATE

☒ [Federal Court] the written confirmation of counsel in this action and order of the court:

☒ **BY CM/ECF:** With the Clerk of the United States District Court of California, using the CM/ECF System. The Court's CM/ECF System will send an e-mail notification of the foregoing filing to the parties and counsel of record who are registered with the Court's CM/ECF System.

☒ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the person(s) at the e-mail addresses listed on the attached service list. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ **(Federal)** I declare that I am employed in the office of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

☐ **(Federal)** I declare that I am a **member** of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on May 28, 2021, at San Diego, California.

*/s/ Lisa Ses*

_____
Lisa Ses

47288280_1.docx

2

Case No. 2:20-cv-05008-JFW-KS
ORDER DENYING PLAINTIFF'S EX PARTE APPLICATION FOR RECONSIDERATION TO CONTINUE AND/OR REOPEN DISCOVERY AND TO CONTINUE THE TRIAL DATE

# SERVICE LIST

| | |
|---|---|
| Ramin R. Younessi, Esq.<br>Liliuokalani H. Martin, Esq.<br>Jessica P. Gomez, Esq.<br>Sara E. Brown, Esq.<br>LAW OFFICES OF RAMIN R. YOUNESSI<br>A PROFESSIONAL LAW CORPORATION<br>3435 Wilshire Blvd., Suite 2200<br>Los Angeles, CA  90010<br>Telephone:   213-480-6200<br>Facsimile:     213-4806201<br>ryounessi@younessilaw.com<br>lmartin@younessilaw.com<br>jgomez@younessilaw.com<br>sbrown@younessilaw.com | Attorneys for Plaintiff<br>Edgar Trujillo |

47288280.1

47288280_1.docx

3

Case No. 2:20-cv-05008-JFW-KS
ORDER DENYING PLAINTIFF'S EX PARTE APPLICATION FOR RECONSIDERATION TO CONTINUE AND/OR REOPEN DISCOVERY AND TO CONTINUE THE TRIAL DATE