1  Mark F. Lovell CA Bar No. 246652
   mark.lovell@ogletree.com
2  Graham M. Hoerauf CA Bar No. 307649
   graham.hoerauf@ogletree.com
3  OGLETREE, DEAKINS, NASH,
   SMOAK & STEWART, P.C.
4  Park Tower, Fifteenth Floor
   695 Town Center Drive
5  Costa Mesa, CA  92626
   Telephone:   714-800-7900
6  Facsimile:    714-754-1298

7  Attorneys for Defendant
   AIRPORT TERMINAL SERVICES, INC.
8

9                  **UNITED STATES DISTRICT COURT**

10      **CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

11

12  EDGAR TRUJILLO,                        Case No. 2:20-cv-05008-JFW-KS

13            Plaintiff,                   **DEFENDANT AIRPORT TERMINAL SERVICES, INC.'S AMENDED PROOF OF SERVICE TO OPPOSITION TO PLAINTIFF'S EX PARTE APPLICATION FOR RECONSIDERATION TO CONTINUE AND/OR REOPEN DISCOVERY AND TO CONTINUE THE TRIAL DATE (SERVICE PURSUANT TO ECF NO. 10)**

14       v.

15  AIRPORT TERMINAL SERVICES,
    INC., a Missouri corporation; and
16  DOES 1 through 20, inclusive,

17            Defendants.

18

19                                        Complaint Filed: April 3, 2020
                                          Trial Date:        August 31, 2021
20                                        District Judge:    Hon. John F. Walter
                                          Magistrate Judge: Hon. Karen L. Stevenson
21

22

23

24

25

26

27
    47306240_1.docx
28

                                          Case No. 2:20-cv-05008-JFW-KS

AMENDED PROOF OF SERVICE TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S EX PARTE APP FOR
RECONSIDERATION TO CONT. AND/OR REOPEN DISCOVERY AND CONT. TRIAL DATE

**PROOF OF SERVICE**
*Edgar Trujillo v. Airport Terminal Services, Inc., et al.*
Case No. 2:20-cv-05008-JFW-KS

I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which this service is made.  At all times herein mentioned I have been employed in the County of Orange in the office of a member of the bar of this court at whose direction the service was made.  My business address is 695 Town Center Drive, Suite 1500, Costa Mesa, CA  92626.

On May 28, 2021, I served the following document(s):

**(1) DEFENDANT AIRPORT TERMINAL SERVICES, INC.'S AMENDED PROOF OF SERVICE TO OPPOSITION TO PLAINTIFF'S EX PARTE APPLICATION FOR RECONSIDERATION TO CONTINUE AND/OR REOPEN DISCOVERY AND TO CONTINUE THE TRIAL DATE;**

**(2) DECLARATION OF GRAHAM M. HOERAUF IN SUPPORT OF DEFENDANT AIRPORT TERMINAL SERVICES, INC.'S OPPOSITION TO PLAINTIFF'S EX PARTE APPLICATION FOR RECONSIDERATION TO CONTINUE AND/OR REOPEN DISCOVERY AND TO CONTINUE THE TRIAL DATE; AND**

**(3) [PROPOSED] ORDER DENYING PLAINTIFF'S EX PARTE APPLICATION FOR RECONSIDERATION TO CONTINUE AND/OR REOPEN DISCOVERY AND TO CONTINUE THE TRIAL DATE**

by placing ☐ (the original) ☒ (a true copy thereof) in a sealed envelope addressed as follows:

☒ **BY MESSENGER SERVICE VIA PERSONAL SERVICE :** (1) For a party represented by an attorney, I caused the document above to be personally served/delivered by First Legal Attorney Service to the attorney or at the attorney's office listed on the attached service list by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening. Attached hereto as "**Exhibit A"** is a true and correct copy of the order confirmation from First Legal Attorney Service that the above-referenced documents were personally served on the law offices of Ramin R. Youssessi, and signed for by Ashley, on May 28, 2021 at 11:20 a.m.

☒ **BY FACSIMILE to 213-480-6201:** by transmitting a facsimile transmission a copy of said document(s) to the following addressee(s) at the following number(s), in accordance with the Court's Standing Order (Document No. 10) and in accordance with:

    ☐  the written confirmation of counsel in this action:
    ☒  [Federal Court] the written confirmation of counsel in this action and order of the court:

A true and correct copy of the May 28, 2021 EFax delivery to fax number (213) 480-6201 at 9:43 a.m. sent to Plaintiff's counsel attaching the above-referenced

47306240_1.docx

1    Case No. 2:20-cv-05008-JFW-KS
AMENDED PROOF OF SERVICE OF OPPOSITION TO PLAINTIFF'S EX PARTE APP FOR RECONSIDERATION TO CONT. AND/OR REOPEN DISCOVERY AND CONT. TRIAL DATE

documents is attached hereto as **"Exhibit B".**  A true and correct copy of the Successful Transmission of the above-referenced documents to fax number of the Law Offices of Ramin R. Yousessi at (213) 480-6201is attached hereto as **"Exhibit C".**

☒  **BY CM/ECF:**  With the Clerk of the United States District Court of California, using the CM/ECF System.  The Court's CM/ECF System will send an e-mail notification of the foregoing filing to the parties and counsel of record who are registered with the Court's CM/ECF System. Attached hereto as **"Exhibit D"** is a true and correct copy of the Court's Notice of Electronic Filing" sent to all emails listed on the attached service list on May 28, 2021 at 9:27 a.m., attaching the above-referenced documents (Court Document Nos. 41, 41-1, and 41-2).

☒  **BY E-MAIL OR ELECTRONIC TRANSMISSION:**  Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the person(s) at the e-mail addresses listed on the attached service list. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. Attached hereto as **"Exhibit E"** is a true and correct copy of the email sent to The Law Offices of Ramin R. Younessi at 9:45 a.m. on May 28, 2021 attaching the above-referenced documents.

☒  **(Federal)**  I declare that I am employed in the office of a member of the State Bar of this Court at whose direction the service was made.  I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

☐  **(Federal)**  I declare that I am a **member** of the State Bar of this Court at whose direction the service was made.  I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on May 28, 2021, at San Diego, California.

Lisa Sles

47306240_1.docx

AMENDED PROOF OF SERVICE OF OPPOSITION TO PLAINTIFF'S EX PARTE APP FOR
RECONSIDERATION TO CONT. AND/OR REOPEN DISCOVERY AND CONT. TRIAL DATE

1

**SERVICE LIST**

2

3 Ramin R. Younessi, Esq.                          Attorneys for Plaintiff
  Liliuokalani H. Martin, Esq.                     Edgar Trujillo
4 Jessica P. Gomez, Esq.
  Sara E. Brown, Esq.
5 LAW OFFICES OF RAMIN R. YOUNESSI
  A PROFESSIONAL LAW CORPORATION
6 3435 Wilshire Blvd., Suite 2200
  Los Angeles, CA  90010
7 Telephone:  213-480-6200
  Facsimile:    213-4806201
8 ryounessi@younessilaw.com
  lmartin@younessilaw.com
9 jgomez@younessilaw.com
  sbrown@younessilaw.com

10

11                                                                              47306240.1

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

47306240_1.docx 27

28

AMENDED PROOF OF SERVICE OF OPPOSITION TO PLAINTIFF'S EX PARTE APP FOR
RECONSIDERATION TO CONT. AND/OR REOPEN DISCOVERY AND CONT. TRIAL DATE

# EXHIBIT A

**Sles, Lisa K.**

| | |
|---|---|
| **From:** | larryb@dtrac.firstlegal.com on behalf of Larry Blue <larryb@dtrac.firstlegal.com> |
| **Sent:** | Friday, May 28, 2021 11:34 AM |
| **To:** | Sles, Lisa K.; jramirez@firstlegal.com; ocprocess@firstlegalsupport.com |
| **Subject:** | First Legal Update for Ctrl# [11663767] - EDGAR TRUJILLO V AIRPORT TERMINAL SERVICES - 2:20-cv-05008-JFW-KS - 016741-000044 |

[Caution: Email received from external source]

Your order has been updated
NOTE:This is an automated email. Please do not reply.

UPDATE INFO:
Delivery Date:  5/28/21 Time: 11:20 Signed: ashley

Control#: 11663767
Job Date:  5/28/21
Submitted By: Lisa Sles
Service Type: BRIMSOP
Reference: 016741-000044

DELIVERY INFO:

Deliver To: LAW OFFICES OF RAMIN R. YOUNES
Delivery Addr:3435 WILSHIRE BL.              Room/Suite: 2200
City: LOS ANGELES
State/Zip: CA 90010

Case Number: 2:20-cv-05008-JFW-KS

Documents: OPPOSITION, DECLARATION OF GRAHAM M. HOERAUF & [PROPOSED Brief Inst: DROP SERVE

Exhibit A, Page 5

# EXHIBIT B

## Sles, Lisa K.

| | |
|---|---|
| **From:** | Sles, Lisa K. |
| **Sent:** | Friday, May 28, 2021 9:43 AM |
| **To:** | '12134806201@efaxds.com' |
| **Cc:** | Lovell, Mark F.; Hoerauf, Graham M. |
| **Subject:** | 016741-000044 Trujillo v. Airport Terminal Services, Inc. |
| **Attachments:** | 41 - Opposition to Plintiff's Ex Parte for Reconsideration to Continue and or ReOpen Discovery and Cont Trial Date.pdf; 41-1 - Declaration of Graham Hoerauf ISO Opposition to Plintiff's Ex Parte for Reconsideration to Continue and or ReOpen Discovery and Cont Trial Date.pdf; 41-2- proposed order denying plaintiff's ex parte for reconsideration to continue and or reopen discovery and cont trial date.pdf |

| | |
|---|---|
| **FilingDate:** | 5/28/2021 11:41:00 AM |

SENT VIA FACSIMILE

Counsel,

Enclosed please find Defendant Airport Terminal Services, Inc.'s Opposition to Plaintiff's Ex Parte Application for Reconsideration to Continue and/or Reopen Discovery and Continue Trial Date in the above-referenced matter. Thank you.

**Lisa K. Sles | Practice Assistant | Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**
Park Tower, 695 Town Center Drive, Fifteenth Floor | Costa Mesa, CA 92626 | Telephone: 714-800-2309 | Fax: 714-754-1298
lisa.sles@ogletree.com | www.ogletree.com

1

Exhibit B, Page 7

# EXHIBIT C

**Sles, Lisa K.**

| | |
|---|---|
| **From:** | send@mail.efax.com |
| **Sent:** | Friday, May 28, 2021 10:15 AM |
| **To:** | Sles, Lisa K. |
| **Subject:** | Successful transmission to 12134806201. Re: 016741-000044 Trujillo v. Airport Terminal Services, Inc. |

*[Caution: Email received from external source]*

Login

# eFax Corporate

# Service Notification

## Customer Service

Dear Sles, Lisa K.,
Re: 016741-000044 Trujillo v. Airport Terminal Services,
Inc.

Need help with your account?

The 33 page fax you sent through eFax Solutions to
12134806201 was successfully transmitted at 2021-05-28
17:14:46 (GMT).

**Email:**
helpdesk@ogletree.com

The length of transmission was 1841 seconds.

The receiving machine's fax ID: .

**Phone:**

If you need additional assistance,

1-844-636-7743

Please contact the Help Desk at 844-ODNSS-HD with
any questions or concerns

Thank you for using the eFax Solutions service.

Best Regards,
eFax Solutions

© 2021 j2 Global, Inc. and affiliates.

All rights reserved. eFax® and eFax Corporate® are registered trademarks of j2 Cloud Services, Inc.

1

Exhibit C, Page 9

# EXHIBIT D

## Sles, Lisa K.

| | |
|---|---|
| **From:** | cacd_ecfmail@cacd.uscourts.gov |
| **Sent:** | Friday, May 28, 2021 9:27 AM |
| **To:** | noreply@ao.uscourts.gov |
| **Subject:** | Activity in Case 2:20-cv-05008-JFW-KS Edgar Trujillo v. Airport Terminal Services, Inc. et al Objection/Opposition (Motion related) |

[Caution: Email received from external source]

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

## Notice of Electronic Filing

The following transaction was entered by Hoerauf, Graham on 5/28/2021 at 9:27 AM PDT and filed on 5/28/2021

| | |
|---|---|
| **Case Name:** | Edgar Trujillo v. Airport Terminal Services, Inc. et al |
| **Case Number:** | 2:20-cv-05008-JFW-KS |
| **Filer:** | Airport Terminal Services, Inc. |
| **Document Number:** | 41 |

**Docket Text:**
**Opposition Opposition to re: First EX PARTE APPLICATION for Reconsideration *to Continue and/or Reopen Discovery and to Continue the Trial Date*[39] filed by Defendant Airport Terminal Services, Inc.. (Attachments: # (1) Declaration of Graham M. Hoerauf in Support of Defendant Airport Terminal Services, Inc.'s Opposition to Plaintiff's Ex Parte Application for Reconsideration to Continue and/or Reopen Discovery and to Continue the Trial Date, # (2) Proposed Order Denying Plaintiff's Ex Parte Application for Reconsideration to Continue and/or Reopen Discovery and to Continue the Trial Date)(Hoerauf, Graham)**

**2:20-cv-05008-JFW-KS Notice has been electronically mailed to:**

Graham Michael Hoerauf    graham.hoerauf@ogletree.com, oradocketing@ogletree.com, pamela.blanton@ogletreedeakins.com

1

Jessica Patrice Gomez     jgomez@younessilaw.com

Liliuokalani Martin     lmartin@younessilaw.com

Mark Franklin Lovell     mark.lovell@ogletreedeakins.com, erin.montgomery@ogletree.com,
lisa.sles@ogletree.com, mark.lovell@ogletree.com

Ramin R Younessi     ryounessi@younessilaw.com, GFierro@younessilaw.com, jflores@younessilaw.com,
lmartin@younessilaw.com, Lnajera@younessilaw.com

Sara Emiko Brown     sbrown@younessilaw.com

**2:20-cv-05008-JFW-KS Notice has been delivered by First Class U. S. Mail or by other means <u>BY THE
FILER</u> to :**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\fakepath\Trujillo - Opposition to Plintiff's Ex Parte for Reconsideration to Continue and
or ReOpen Discovery and Cont Trial Date.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=5/28/2021] [FileNumber=32021853-0
] [c3c15e886d19a795cdab91ae3910454fcc443b74c8e6a326ad050e1cad95e19545f
de50d3ae3cd63ebefdd7dfdc465eea2363f92fc4e4a59db1ffbe2b920141b]]
**Document description:**Declaration of Graham M. Hoerauf in Support of Defendant Airport Terminal
Services, Inc.'s Opposition to Plaintiff's Ex Parte Application for Reconsideration to Continue and/or Reopen
Discovery and to Continue the Trial Date
**Original filename:**C:\fakepath\Trujillo - Declaration of Graham Hoerauf ISO Opposition to P's Ex Parte for
Order for Reconsideratin to Continue and or ReOpen Discovery and Cont Trial Date.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=5/28/2021] [FileNumber=32021853-1
] [1943153e2cfd6670a434660d9d4de32495f3f9493d7c6f74a30900424137d4c30f8
9d970681fa676b488401d4195b2fc499613ca4b9c644d5b8b5cf3b7b54f58]]
**Document description:**Proposed Order Denying Plaintiff's Ex Parte Application for Reconsideration to
Continue and/or Reopen Discovery and to Continue the Trial Date
**Original filename:**C:\fakepath\Trujillo - Proposed Order Denying Plaintiff's Ex Parte for Reconsideration to
Continue and or ReOpen Discovery and Cont Trial Date.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=5/28/2021] [FileNumber=32021853-2
] [6025f5958f9c802cd5f3fa8d28157bfce17cc0c99d26ebaa71e41a17c52098c2f24
21b5619343e4213857ec3b71ffb9b3760f0f78ad89af72505e5a28546b907]]

Exhibit D, Page 12

# EXHIBIT E

## Sles, Lisa K.

| | |
|---|---|
| **From:** | Sles, Lisa K. |
| **Sent:** | Friday, May 28, 2021 9:45 AM |
| **To:** | 'ryounessi@younessilaw.com'; 'lmartin@younessilaw.com'; 'jgomez@younessilaw.com'; 'sbrown@younessilaw.com' |
| **Cc:** | Lovell, Mark F.; Hoerauf, Graham M. |
| **Subject:** | Trujillo v. Airport Terminal Services, Inc. |
| **Attachments:** | 41 - Opposition to Plintiff's Ex Parte for Reconsideration to Continue and or ReOpen Discovery and Cont Trial Date.pdf; 41-1 - Declaration of Graham Hoerauf ISO Opposition to Plintiff's Ex Parte for Reconsideration to Continue and or ReOpen Discovery and Cont Trial Date.pdf; 41-2- Proposed order denying plaintiff's ex parte for reconsideration to continue and or reopen discovery and cont trial date.pdf |

| | |
|---|---|
| **FilingDate:** | 5/28/2021 11:41:00 AM |

Counsel,

Enclosed please find Defendant Airport Terminal Services, Inc.'s Opposition to Plaintiff's Ex Parte Application for Reconsideration to Continue and/or Reopen Discovery and Continue Trial Date in the above-referenced matter. Thank you.


**Lisa K. Sles | Practice Assistant | Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**
Park Tower, 695 Town Center Drive, Fifteenth Floor | Costa Mesa, CA 92626 | Telephone: 714-800-2309 | Fax: 714-754-1298
lisa.sles@ogletree.com | www.ogletree.com

Exhibit E, Page 14