UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No.   CV 20-5008-JFW-KS                                         Date: June 1, 2021

Title      *Edgar Trujillo v. Airport Terminal Services et al.*

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

| Gay Roberson | AT&T 06/01/2021 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:
Jessica Patrice Gomez                       Graham Michael Hoerauf
                                            Mark Franklin Lovell

**Proceedings:   MINUTES OF TELEPHONIC CONFERENCE RE:
                 DISCOVERY DISPUTE**

Case called. The parties stated their appearances. The Court held a telephonic conference with counsel for Plaintiff and Defendant regarding Plaintiff's concerns that Defendant has not produced certain documents responsive to Plaintiff's requests for production of documents.

The Court, however, confirmed that the discovery cut-off is June 1, 2021 and on May 28, 2021, presiding district judge the Honorable John Walter denied Plaintiff's ex parte application to continue the discovery cut-off and the trial date. (*See* Dkt. No. 43.) Further, Judge Walter's Scheduling and Case Management Order, expressly states:

> All discovery shall be completed by the discovery cut-off date specified on the last page of this Order. THIS IS NOT THE DATE BY WHICH DISCOVERY REQUESTS MUST BE SERVED; IT IS THE DATE BY WHICH ALL DISCOVERY, INCLUDING EXPERT DISCOVERY SHALL BE COMPLETED. . . Any motion challenging the adequacy of responses to discovery must be heard sufficiently in advance of the discovery cut-off date to permit the responses to be obtained before that date if the motion is granted.

(Dkt. No. 20 at p. 4.)
\\

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  CV 20-5008-JFW-KS                                                    Date: June 1, 2021

Title  *Edgar Trujillo v. Airport Terminal Services et al.*

Accordingly, absent an extension of the discovery cut-off, this Court lacks jurisdiction to hear and resolve any discovery disputes after June 1, 2021.

IT IS SO ORDERED.

: 07 mins

**Initials of Preparer**      gr