Mark F. Lovell CA Bar No. 246652
mark.lovell@ogletree.com
Graham M. Hoerauf CA Bar No. 307649
graham.hoerauf@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Park Tower, Fifteenth Floor
695 Town Center Drive
Costa Mesa, CA  92626
Telephone:  714-800-7900
Facsimile:   714-754-1298

Attorneys for Defendant
AIRPORT TERMINAL SERVICES, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| EDGAR TRUJILLO,<br><br>              Plaintiff,<br><br>      v.<br><br>AIRPORT TERMINAL SERVICES, INC., a Missouri corporation,<br><br>              Defendants. | Case No. 2:20-cv-05008-JFW-KSx<br><br>**PORDER RE NOTICE OF SETTLEMENT**<br><br>Complaint Filed:  April 3, 2020<br>Trial Date:         August 31, 2021<br>District Judge:    Hon. John F. Walter<br>Magistrate Judge: Hon. Karen L. Stevenson |

Pursuant to the Notice of Settlement filed July 22, 2021, informing the Court of the parties' global settlement in the above-captioned action ("Trujillo Individual and PAGA Action"), **IT IS HEREBY ORDERED THAT**:

1.     The case is stayed pending final approval of the PAGA settlement;

2.     The final pretrial conference, current trial date, and all related deadlines are hereby vacated; and

3.     Plaintiff is hereby ordered to file his Motion for Approval of the PAGA settlement by September 13, 2021.

DATED:     July 23, 2021

_____
Honorable John F. Walter
District Court Judge

Trujillo - Proposed Order.docx