## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy described as **NOTICE OF APPEARANCE OR WITHDRAWAL OF COUNSEL** was on September 13, 2021, served upon counsel of record below electronically by the Court's Case Management System:

| | |
|---|---|
| Mark F. Lovell<br>mark.lovell@ogletree.com<br>Shera Y. Kwak<br>shera.kwak@ogletree.com<br>OGLETREE, DEAKINS<br>SMOAK & STEWART, P.C.<br>Park Tower, Fifteenth Floor<br>695 Town Center Drive<br>Costa Mesa, CA 92626 | *Attorneys for Defendant Airport Terminal Services, Inc* |

☒   BY NOTICE OF ELECTRONIC FILING: The above-listed counsel have consented to electronic service and have been automatically served by the Notice of Electronic Filing automatically generated by CM/ECF at the time said document was filed and which constitutes service pursuant to FRCP 5(b)(2)(D).

Executed on September 13, 2021, at Los Angeles, California.

By: /s/ Laura Najera