Mark F. Lovell CA Bar No. 246652
mark.lovell@ogletree.com
Graham M. Hoerauf CA Bar No. 307649
graham.hoerauf@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Park Tower, Fifteenth Floor
695 Town Center Drive
Costa Mesa, CA  92626
Telephone:  714-800-7900
Facsimile:   714-754-1298

Attorneys for Defendant
AIRPORT TERMINAL SERVICES, INC.

Ramin R. Younessi (SBN 175020)
E-mail: ryounessi@younessilaw.com
Melissa Newman Avila (SBN 286487)
Email: mnewman@younessilaw.com
Jessica P. Gomez, Esq. (SBN 309710)
E-mail: jgomez@younessilaw.com
**LAW OFFICES OF RAMIN R. YOUNESSI
A PROFESSIONAL LAW CORPORATION**
3435 Wilshire Blvd. Suite 2200
Los Angeles, CA 90010
Telephone: (213) 480-6200
Facsimile: (213) 480-6201

Attorneys for Plaintiff,
EDGAR TRUJILLO

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| EDGAR TRUJILLO,<br><br>            Plaintiff,<br><br>       v.<br><br>AIRPORT TERMINAL SERVICES, INC., a Missouri corporation; and DOES 1 through 20, inclusive,<br><br>            Defendants. | Case No. 2:20-cv-05008-JFW-KS<br><br>**[PROPOSED] ORDER: JOINT MOTION REQUESTING APPROVAL OF PRIVATE ATTORNEY GENERAL ACT SETTLEMENT ("PAGA") (LABOR CODE SECTION 2689 ET SEQ.)**<br><br>*[Filed concurrently with declaration from Melissa Newman Avila, Counsel of Record for Plaintiff]*<br><br>Complaint Filed: April 3, 2020<br>Trial Date:         August 31, 2021<br>District Judge:   Hon John F. Walter<br>Magistrate Judge: Hon. Karen L. Stevenson |

PO caption MNE

Case No. 2:20-cv-05008-JFW-KS
[PROPOSED] ORDER: JOINT MOTION REQUESTING APPROVAL OF
PRIVATE ATTORNEY GENERAL ACT SETTLEMENT ("PAGA") (LABOR
CODE SECTION 2689 ET SEQ.)

## [PROPOSED] ORDER

The Court, having considered the Joint Stipulation by the Parties requesting the Court's approval of the PAGA Settlement pursuant to California Labor Code §§2699 et seq, and good cause appearing therefor, it is hereby:

1. **ORDERED** that the PAGA penalties in the total amount of $15,000.00, as part of the settlement of the Parties has been reviewed by the Court and are hereby approved pursuant to the Labor Code § 2699(l)(2); it is further

2. **ORDERED** that $6,750.00 shall be paid to the Law Offices of Ramin R. Younessi, A.P.L.C., as attorney's fees in connection with the PAGA Settlement pursuant to §2699(g)(1); it is further

3. **ORDERED** that $2,000.00 shall be paid to the PAGA administrator; it is further

4. **ORDERED** that $4,687.50 shall be paid to the California Labor & Workforce Development Agency representing 75% of the PAGA Settlement after accounting for the attorney's fees for Plaintiff's counsel; it is further

5. **ORDERED** that $1,562.50 shall be paid to the "PAGA Representative Group;" and it is further

6. **ORDERED** that the term "PAGA Representative Group" includes All employees who worked for ATS as ramp managers for at least one workweek between January 30, 2019, and the date the Court approves the PAGA settlement.

**IT IS SO ORDERED.**

DATED: _____

_____

HON. JOHN F. WALTER
DISTRICT COURT JUDGE

[PROPOSED] ORDER: JOINT MOTION REQUESTING APPROVAL OF PRIVATE ATTORNEY GENERAL ACT SETTLEMENT ("PAGA") (LABOR CODE SECTION 2689 ET SEQ.)