### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy described as **JOINT MOTION TO DISMISS PAGA; DECLARATION OF MELISSA NEWMAN AVILA; PROPOSED ORDER** was on September 13, 2021, served upon counsel of record below electronically by the Court's Case Management System:

Mark F. Lovell
mark.lovell@ogletree.com
Shera Y. Kwak
shera.kwak@ogletree.com
OGLETREE, DEAKINS
SMOAK & STEWART, P.C.
Park Tower, Fifteenth Floor
695 Town Center Drive
Costa Mesa, CA 92626

*Attorneys for Defendant Airport Terminal Services, Inc*

California Labor & Workforce Development Agency
1515 Clay Street, Ste. 801
Oakland, CA 94612
(VIA ELECTRONIC SERVICE)

*Agency*

☒    BY NOTICE OF ELECTRONIC FILING: The above-listed counsel have consented to electronic service and have been automatically served by the Notice of Electronic Filing automatically generated by CM/ECF at the time said document was filed and which constitutes service pursuant to FRCP 5(b)(2)(D).

Executed on September 13, 2021, at Los Angeles, California.

By:  /s/ Laura Najera