JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| EDGAR TRUJILLO,<br><br>      Plaintiff,<br><br>    v.<br><br>AIRPORT TERMINAL SERVICES, INC., a Missouri corporation,<br><br>      Defendants. | Case No. 2:20-cv-05008-JFW-KSx<br><br>**ORDER: JOINT MOTION REQUESTING APPROVAL OF PRIVATE ATTORNEY GENERAL ACT SETTLEMENT ("PAGA") (LABOR CODE SECTION 2689 ET SEQ.)** |

LA 20 CV 05008 JFW - Order Re

## **ORDER**

The Court, having considered the Joint Stipulation by the Parties requesting the Court's approval of the PAGA Settlement pursuant to California Labor Code §§2699 et seq, and good cause appearing therefor, it is hereby:

1. **ORDERED** that the PAGA penalties in the total amount of $15,000.00, as part of the settlement of the Parties has been reviewed by the Court and are hereby approved pursuant to the Labor Code § 2699(l)(2); it is further

2. **ORDERED** that $6,750.00 shall be paid to the Law Offices of Ramin R. Younessi, A.P.L.C., as attorney's fees in connection with the PAGA Settlement pursuant to §2699(g)(1); it is further

3. **ORDERED** that $2,000.00 shall be paid to the PAGA administrator; it is further

4. **ORDERED** that $4,687.50 shall be paid to the California Labor & Workforce Development Agency representing 75% of the PAGA Settlement after accounting for the attorney's fees for Plaintiff's counsel; it is further

5. **ORDERED** that $1,562.50 shall be paid to the "PAGA Representative Group;" and it is further

6. **ORDERED** that the term "PAGA Representative Group" includes All employees who worked for ATS as ramp managers for at least one workweek between January 30, 2019, and the date the Court approves the PAGA settlement.

**IT IS SO ORDERED.**

DATED: October 21, 2021

_____
HON. JOHN F. WALTER
DISTRICT COURT JUDGE