Ramin R. Younessi, Esq. (SBN 175020)
ryounessi@younessilaw.com
Samantha L. Ortiz, Esq. (SBN 312503)
sortiz@younessilaw.com
Melissa Newman Avila, Esq. (SBN 286487)
mnewman@younessilaw.com
**LAW OFFICES OF RAMIN R. YOUNESSI**
**A PROFESSIONAL LAW CORPORATION**
3435 Wilshire Boulevard, Suite 2200
Los Angeles, CA  90010
Telephone:   213-480-6200
Facsimile:   213-480-6201

Attorneys for Plaintiff,
EDGAR TRUJILLO

Mark F. Lovell, Esq. (SBN 246652)
mark.lovell@ogletree.com
Graham M. Hoerauf, Esq. (SBN 307649)
graham.hoerauf@ogletree.com
**OGLETREE, DEAKINS, NASH,**
**SMOAK & STEWART, P.C.**
Park Tower, Fifteenth Floor
695 Town Center Drive
Costa Mesa, California 92626
Telephone: 714.800.7900
Facsimile: 714.754.1298

Attorneys for Defendant,
AIRPORT TERMINAL SERVICES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| EDGAR TRUJILLO,<br><br>                    Plaintiff,<br>,<br><br>     v.<br><br>AIRPORT TERMINAL SERVICES, INC., a Missouri corporation; and DOES 1 through 20, inclusive,<br><br>                    Defendants. | Case No. 2:20-cv-05008-JFW-KS<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. RULE 41(A)(1)(A)-(B)**<br><br>Complaint Filed: April 3, 2020<br>Trial Date:           August 31, 2021<br>District Judge:     Hon. John F. Walter<br>Magistrate Judge: Hon. Karen L. Stevenson |

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Plaintiff EDGAR TRUJILLO and Defendant AIRPORT TERMINAL SERVICES, INC., by and through their counsel of record, hereby submit this Joint Stipulation of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)-(B). Each party shall bear its own fees and costs.

DATED: December 14, 2021    LAW OFFICES OF RAMIN R. YOUNESSI

By: _____
Ramin R. Younessi, Esq.
Samantha L. Ortiz, Esq.
Melissa Newman Avila, Esq.
Attorneys for Plaintiff
EDGAR TRUJILLO

DATED: December 14, 2021    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ Graham M. Hoerauf
Mark F. Lovell, Esq.
Graham M. Hoerauf, Esq.
Attorneys for Defendant,
AIRPORT TERMINAL SERVICES, INC.

1
JOINT STIPULATION OF DISMISSAL WITH PREJUDICE