1  Ramin R. Younessi, Esq. (SBN 175020)
   ryounessi@younessilaw.com
2  Samantha L. Ortiz, Esq. (SBN 312503)
   sortiz@younessilaw.com
3  Melissa Newman Avila, Esq. (SBN 286487)
   mnewman@younessilaw.com
4  **LAW OFFICES OF RAMIN R. YOUNESSI**
   **A PROFESSIONAL LAW CORPORATION**
5  3435 Wilshire Boulevard, Suite 2200
   Los Angeles, CA  90010
6  Telephone:  213-480-6200
   Facsimile:   213-480-6201
7
   Attorneys for Plaintiff,
8  EDGAR TRUJILLO
9
10 Mark F. Lovell, Esq. (SBN 246652)
   mark.lovell@ogletree.com
11 Graham M. Hoerauf, Esq. (SBN 307649)
   graham.hoerauf@ogletree.com
12 **OGLETREE, DEAKINS, NASH,**
   **SMOAK & STEWART, P.C.**
13 Park Tower, Fifteenth Floor
   695 Town Center Drive
14 Costa Mesa, California 92626
   Telephone: 714.800.7900
15 Facsimile: 714.754.1298
16 Attorneys for Defendant,
   AIRPORT TERMINAL SERVICES, INC.
17
18           UNITED STATES DISTRICT COURT
19      CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION
20

| | |
|---|---|
| 21  EDGAR TRUJILLO,<br><br>22                  Plaintiff,<br><br>23  ,<br><br>24          v.<br><br>25  AIRPORT TERMINAL SERVICES,<br>INC., a Missouri corporation; and<br>26  DOES 1 through 20, inclusive,<br><br>27                  Defendants. | Case No. 2:20-cv-05008-JFW-KS<br><br>**[PROPOSED] ORDER ON JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. RULE 41(A)(1)(A)-(B)**<br><br>Complaint Filed:  April 3, 2020<br>Trial Date:         August 31, 2021<br>District Judge:    Hon. John F. Walter<br>Magistrate Judge: Hon. Karen L. Stevenson |

28

---

PROPOSED ORDER

# ORDER

For good cause shown and based upon the joint stipulation of the Parties to this action, IT IS HEREBY ORDERED Plaintiff EDGAR TRUJILLO's claims against Defendant AIRPORT TERMINAL SERVICES, INC. are dismissed with prejudice; and all parties shall bear their own attorneys' fees and costs.


IT IS SO ORDERED, ADJUDGED, AND DECREED.


Dated: _____, 2021

_____
Hon. *JOHN F. WALTER*
UNITED STATES DISTRICT COURT JUDGE

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE